Case: 1:25-cv-01968 Document #: 65 Filed: 04/30/25 Page 1 of 3 PageID #:253

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER VILLA, | ) | Case No. 1:25-cv-1968 |
| *Plaintiff*, | ) | |
| | ) | Honorable Matthew F. Kennelly |
| v. | ) | United States District Judge |
| ANTHONY NORADIN, et al. | ) | |
| *Defendants*. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff respectfully asks this Court to grant him leave to amend his Complaint for the following reasons:

1. Plaintiff filed his Complaint on February 25, 2025. Dkt. 1.

2. Plaintiff brought claims against various Defendants, including Defendant Officer Sheamus Fergus. Dkt. 1.

3. On April 14, 2025, the Court set the deadline for any amendments to the pleadings at April 30, 2025. Dkt. 38.

4. On April 16, 2025, Plaintiff moved for the appointment of special representatives on behalf of Defendant Sheamus Fergus, who is deceased. Dkt. 43. This motion remains pending.

5. Counsel for the Defendant Officers informed Plaintiff's counsel that Sean Fergus would serve as special representative for Defendant Sheamus Fergus.

6. Plaintiff now asks this Court for leave to amend his complaint to name the special representative on behalf of Defendant Fergus.

7. Plaintiff also amends the allegations of the complaint to correct the spelling of

the names of Defendants Garry McCarthy and Donald Giuliano.[1]

       8.      Defendants do not oppose this motion.

                              Respectfully submitted,

                                **ALEXANDER VILLA**

                                By: /s/ Jordan Poole
                                *Counsel for Plaintiff*

| | |
|---|---|
| Jon Loevy | Jennifer Blagg |
| Steve Art | Eric Bisby |
| Anand Swaminathan | Law Office of Jennifer Blagg |
| Jordan Poole | 1509 W. Berwyn Ave., Ste. 301E |
| Loevy & Loevy | Chicago, IL 60640 |
| 311 N Aberdeen Ave, 3rd Fl | (773) 859-0081 |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| poole@loevy.com | |

---

[1] The names of these Defendants were erroneously spelled "Gerry" McCarthy and Donald "Guiliano" on the caption to the original Complaint. Dkt. 1.

## **CERTIFICATE OF SERVICE**

    I, Jordan Poole, an attorney, hereby certify that on April 30, 2025, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                      /s/ Jordan Poole
                                      *One of Plaintiff's Attorneys*