UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER VILLA | Case No. 25-CV-1968 |
| v. | |
| ANTHONY NORADIN, et al. | Judge Matthew F. Kennelly |

**APPEARANCE OF COUNSEL**

Please take notice that Assistant United States Attorney Erika Csicsila is assigned to this case.

By: */s/Erika Csicsila*
ERIKA CSICSILA
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-5370

1