# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **EDGARDO COLON,** | ) | |
| | ) | Case No.: 23-CV-16798 |
| Plaintiff, | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| **ANTHONY F. NORADIN, et al.** | ) | |
| | ) | |
| Defendants. | | |

|  |  |  |
|---|---|---|
| **TYRONE CLAY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 23-CV-16799 |
| | ) | |
| v. | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| **ANTHONY F. NORADIN, et al.** | ) | |
| | ) | |
| Defendants. | | |

|  |  |  |
|---|---|---|
| **ALEXANDER VILLA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25-CV-01968 |
| | ) | |
| v. | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| **ANTHONY F. NORADIN et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' JOINT SECOND REQUEST TO
PRODUCE DOCUMENTS TO DEFENDANT CITY OF CHICAGO**

Plaintiffs, by and through their respective attorneys, propound the following Requests for

Production pursuant to Federal Rule of Civil Procedure 34, and applicable local rules, upon

Defendant City of Chicago to be answered within thirty days after service hereof.

1

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs incorporate by reference their Definitions and Instructions outlined in Plaintiffs'

Joint First Request to Produce Documents to All City Defendants.


**REQUESTS FOR PRODUCTION**

1.      All Documents related to any reward money requested, offered, or obtained for the Lewis Homicide investigation and the source of the funds.

2.      All Documents related to any reward money requested by or offered to any source for information regarding the Lewis Homicide. This Request includes Documents detailing how any reward money was spent, as well as Documents reflecting the source of the money.

3.      All Documents related to any benefits, whether financial, tangible, legal, or otherwise beneficial, to any individual involved in the Lewis Homicide investigation.


4.      All Documents related to any benefits, whether financial, tangible, legal, or otherwise beneficial—to any witnesses involved in Operation Snake Doctor.


Dated: September 4, 2025

Respectfully submitted,

**ALEXANDER VILLA, TYRONE CLAY, EDGARDO COLON**

BY:     /s/ Jordan Poole
        *One of Plaintiff Villa's Attorneys*

        Jon Loevy
        Steve Art
        Anand Swaminathan
        Jordan Poole
        Brian Morris
        LOEVY & LOEVY
        311 N. Aberdeen, 3rd Floor
        Chicago, Illinois 60607
        (312) 243-5900
        poole@loevy.com


2

Jennifer Blagg
Eric Bisby
1509 W. Berwyn Ave. Suite 201E
Chicago, Illinois 60640
(773) 859-0081
jennifer@blagglaw.net

Ashley Cohen
Jennifer Bonjean
Josh Morrison
**BONJEAN LAW GROUP, PLLC**
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
Tel. 718-875-1850
ashley@bonjeanlaw.com

Paul K. Vickrey
Patrick F. Solon
Dylan M. Brown
**VITALE VICKREY NIRO SOLON & GASEY LLP**
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
Tel:     (312) 236-0733
dbrown@vvnlaw.com

## CERTIFICATE OF SERVICE

I, Jordan Poole, an attorney, hereby certify that on September 4, 2025, the foregoing discovery requests were served on counsel of record via electronic mail.

/s/ Jordan Poole
*One of Plaintiff Villa's Attorneys*

3