# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **EDGARDO COLON,** | ) | |
| | ) | Case No.: 23-CV-16798 |
| Plaintiff, | ) | |
| | ) | The Honorable Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| **ANTHONY F. NORADIN, et al.** | ) | |
| | ) | |
| Defendants. | | |

|  |  |  |
|---|---|---|
| **TYRONE CLAY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 23-CV-16799 |
| | ) | |
| v. | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| **ANTHONY F. NORADIN, et al.** | ) | |
| | ) | |
| Defendants. | | |

|  |  |  |
|---|---|---|
| **ALEXANDER VILLA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 25-CV-01968 |
| | ) | |
| v. | ) | The Honorable Matthew F. Kennelly |
| | ) | |
| **ANTHONY F. NORADIN, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' JOINT THIRD REQUEST TO**
**PRODUCE DOCUMENTS TO DEFENDANT CITY OF CHICAGO**

Plaintiffs, by and through their respective attorneys, propound the following Requests for

Production pursuant to Federal Rule of Civil Procedure 34, and applicable local rules, upon

Defendant City of Chicago to be answered within thirty days after service hereof.

1

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs incorporate by reference their Definitions and Instructions outlined in Plaintiffs'

Joint First Request to Produce Documents to All City Defendants.

**REQUESTS FOR PRODUCTION**

1. All Documents relating to the Lewis Homicide Investigation stored within the FileMaker database. This request includes all Documents related to the investigation, arrest, charging, or prosecution of Plaintiffs for the Lewis Homicide, as well as all Documents related to any aspect of the investigation or intelligence gathering that were focused on other possible suspects, and/or gangs to which Plaintiffs or other possible suspects were believed to have belonged.

2. All Documents relating to the Lewis Homicide Investigation created by, reviewed, approved, or otherwise accessed by Gang Investigation Division and/or Gang Enforcement Division personnel. This request includes all Documents related to the investigation, arrest, charging, or prosecution of Plaintiffs for the Lewis Homicide, as well as all Documents related to any aspect of the investigation or intelligence gathering that were focused on other possible suspects, and/or gangs to which Plaintiffs or other possible suspects were believed to have belonged.

3. All Area 5 homicide investigation files— including investigative files, permanent retention files, and any other form of running file, working file or street file—for homicide investigations initiated between January 1, 2010 to January 1, 2014.

4. All Documents relating to all Area 5 homicide investigations from January 1, 2010 to January 1, 2014 stored in the FileMaker database and/or otherwise created by, reviewed, approved, or otherwise accessed by Gang Investigation Division and/or Gang Enforcement Division personnel.

5. All electronic communications related to all Area 5 homicide investigations from January 1, 2010 to January 1, 2014. This Request specifically requires Defendant City to run electronic searches of Chicago Police Department emails for specific terms including the related RD number, victim name, and charged offender name, for every Area 5 homicide investigation initiated from January 1, 2010 to January 1, 2014.

6. All Documents related to Confidential RD numbers from January 1, 2010 to January 1, 2014, including but not limited to Documents related to buy/bust operations with addresses listed as 99 S. Confidential or 00 S. Confidential.

Dated: September 9, 2025

Respectfully submitted,

**ALEXANDER VILLA, TYRONE CLAY,
EDGARDO COLON**

BY:    /s/ Jordan Poole
       *One of Plaintiff Villa's Attorneys*

Jon Loevy
Steve Art
Anand Swaminathan
Jordan Poole
Brian Morris
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
poole@loevy.com

Jennifer Blagg
Eric Bisby
1509 W. Berwyn Ave. Suite 201E
Chicago, Illinois 60640
(773) 859-0081
jennifer@blagglaw.net

Ashley Cohen
Jennifer Bonjean
Josh Morrison
**BONJEAN LAW GROUP, PLLC**
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
Tel. 718-875-1850
ashley@bonjeanlaw.com

Paul K. Vickrey
Patrick F. Solon
Dylan M. Brown
**VITALE VICKREY NIRO SOLON & GASEY LLP**
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
Tel: (312) 236-0733
dbrown@vvnlaw.com

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Jordan Poole, an attorney, hereby certify that on September 9, 2025, the foregoing discovery requests were served on counsel of record via electronic mail.

/s/ Jordan Poole
*One of Plaintiff Villa's Attorneys*

4