# EXHIBIT 8

# Villa/Clay/Colon: Meet and Confer Requests

---

**Jordan Poole** <poole@loevy.com>                                                    Wed, Sep 24, 2025 at 8:44 PM
To: Kathryn Doi <kdoi@nklawllp.com>
Cc: Warren Fasone <wfasone@nklawllp.com>, Anand Swaminathan <anand@loevy.com>, Steve Art <Steve@loevy.com>, Brian Morris <morris@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Kaelyn Ackermann <ackermann@loevy.com>, Emma Logan <logan@loevy.com>, Josh Morrison <Josh@bonjeanlaw.com>, Dylan Brown <dbrown@vvnlaw.com>, Paul Vickrey <vickrey@vvnlaw.com>, Shneur Nathan <snathan@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Rebecca Vossmeyer <rvossmeyer@nklawllp.com>

Hi all,

Thanks for meeting today. I write to summarize our discussion, but please let me know if I've misunderstood something:

1. **Privilege Log**: The parties discussed the City's privilege log. The parties agreed to continue working cooperatively where possible, in particular, where documents might be redacted, rather than wholly clawed back/withheld. The parties are likely at an impasse regarding certain documents, however, and the City agreed to update Plaintiff Villa with respect to its position on documents identified in its privilege log. Plaintiff Villa intends to file a motion to compel on this issue on Friday, incorporating any updates the City provides on its position.

2. **Production/Use of Documents:** The parties agreed to set aside their continued discussion about the use of documents in depositions and throughout the case for now, and to have conversations with all counsel. The City agreed that parties may use any documents produced in the case pursuant to applicable confidentiality orders.

3. **Metadata:** The City agreed to produce metadata related to detective supplemental reports under the Lewis Homicide RD No., as well as metadata related to contact cards Plaintiff Villa identified. The parties agreed that the City would consider additional, limited requests for metadata if Plaintiffs make specific requests throughout discovery.

4. **Monell Discovery:** Plaintiffs have issued Monell discovery and Defendant City's responses are not due until after the Court's motion to compel deadline. Plaintiffs intend to note the likely dispute over Monell discovery in their motion to compel.

5. **FileMaker Documents**: The City represented that they intend to supplement their production with responsive documents.

6. **Confidentiality Order**: Plaintiff Villa agreed to represent our position on the proposed order by Friday morning.

7. **Prisoner Transport/Daily Major Incident Logs:** Defendant City represented that it searched for responsive documents and that no responsive documents currently exist.

8. **Confidential Informant Files:** Plaintiffs are seeking CI files related to Edgardo Colon, Destiny Rodriguez, Destiny Perez, Rene Vasquez, and Ruben Rodriguez. The parties are at an impasse, and Plaintiffs will file a motion to compel on the issue.

Thanks,
Jordan
[Quoted text hidden]