# EXHIBIT 1





## Franklin Park Police Department

## INCIDENT REPORT

Incident #: 201300005362

---

**INCIDENT DATES/TIMES:**

| | | |
|---|---|---|
| **Reported Date/Time:** | 03/11/2013 | 0:00:40 |
| **Earliest Date/Time:** | | |
| **Latest Date/Time:** | | |
| **LEADS #:** | | |
| **Activity:** | Station Information | |

---

**INCIDENT LOCATION:**

3017 N Bright St  Apt A          Franklin Park          IL          IL - Cook County

---

**OFFENSES:**

| *UCR Code* | *Local Code* | *Local Code - Description* |
|---|---|---|
| | | |

---

**COMPLAINANT:**

| | | |
|---|---|---|
| **Name:** | Giuliano, Don | **Tel #1:** |
| **Address:** | 3017 N Bright St  A | **Tel #2:** |
| **City/State/ZIP:** | Franklin Park, IL | |

---

**COMPLAINANT EMPLOYMENT INFO (IF ANY):**

| | | |
|---|---|---|
| **Name:** | Giuliano, Don | |
| **Employer:** | | **Employer Phone #:** |

---

**PROPERTY VEHICLE:**

| Plate # | State | Type | VIN | Yr | Make-Model | Color | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

**PROPERTY:**

| No. | Loss Type | Qty.. | Make/Model/Style | Description | Serial # | Value | Evd. | RecDate | Rec Val |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

---

**SYNOPSIS:**

---

**SUBJECT(S) INVOLVED:**

---

Franklin Park  001



## Franklin Park Police Department

## INCIDENT REPORT

### Incident #: 201300005362



## Contact 001

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Rodriguez, Destiny | | **DOB:** | 09/07/1989 | **Ethn:** H |
| **Address:** | 3017 Bright St | Apt#: A | **Race:** | W | **Hair:** |
| **City/St:** | Franklin Park, IL 60131 | | **Sex:** | F | **Eyes:** |
| **Phone 1:** | 7083072856 | | **Age:** 35 | | **Skin:** |
| **Phone 2:** | | | **Height:** | | **Face:** |
| **SSN:** | | | **Weight:** | | **Dangerous:** NO |
| **OLN:** | | | **ST:** | | **Resident:** |

### SUBJECT(S) INVOLVED EMPLOYMENT INFO (IF ANY):

| | | | |
|---|---|---|---|
| **Name:** | | **DOB:** | |
| **Employer:** | 0000 | **Employer Phone:** | |

### SUBJECT(S) INVOLVED VEHICLES (IF ANY):

| | | | | |
|---|---|---|---|---|
| **Name:** | | | **DOB:** | |
| **Plate #:** | **State:** | **Type:** | **VIN:** | |
| **Yr:** | **Make:** | | **Model:** | **Color:** |

### APPROVALS:

| Function | ID | Name | Date | Status |
|---|---|---|---|---|
| Entered | FP118 | Don Giuliano | 03/11/2013 | P - Pending Approva |
| Investigated | | | | |
| Reviewed | | | | |

### OFFICERS ASSIGNED:

| | | |
|---|---|---|
| FP8118 | FP118 | Don Giuliano |

Franklin Park  002

Administrative Agency: Franklin Park PD   Incident #: 201300005362   Case_Nr:
Report No. 1   Entered: 03/11/2013 01:43   By Officer: FP118  Don Giuliano
Subject:  Incident Report

---

In summary, on 11-MAR-2013 this R/O had the occasion to speak to Destiny Rodriguez, female Hispanic, with date of birth 07-SEP-1989.  This R/O asked Rodriguez about any information that she had regarding any major crimes that had gone unsolved and about persons involved in narcotics and illegal firearms sales.  Rodriguez told this R/O that she had information about an off-duty Chicago Police Officer getting murdered.  Rodriguez related that in the morning hours of the day following the murder she was with a Spanish Cobra known to her only as "Flip", FNU, LNU, a male Hispanic.  She related that "Flip" admitted to shooting the off-duty Chicago Police Officer.

She related that approximately two years ago she had heard a news report about an off-duty Chicago Police Officer getting shot and killed while working at a convenience store in Chicago. She related that she was with her boyfriend later that evening and in the morning hours of the following day.  She related that she was dating a Spanish Cobra named Rene Vasquez, AKA "Huey", date of birth unknown, at the time.  She recalled that at approximately 02:00 hours on the morning following the off-duty Chicago Police Officers murder she had the occasion to be at Illusions, an after hours club near Division St and Campbell St in Chicago.  She related that the club was just east of California Ave on Division St.  Rodriguez related that she, her boyfriend, and several of their friends were talking about the murder while at the club.  She related that "Flip" entered the club and interjected himself in their conversation regarding the off-duty Chicago Police Officers murder.  She related that "Flip", when they were talking about the officers murder, said, "all that stupid pig had to do was identify himself and I wouldn't of shot him".  She further related that he was laughing when he said this.  Rodriguez related that the next day she was watching television with her boyfriend, Rene Vasquez, and a news report came on the television regarding the off-duty Chicago Police Officer getting shot and killed at a convenience store.  She related that her boyfriend told her that the news report was about the person that "Flip" said he shot. Rodriguez, when questioned by this R/O about the whereabouts of the murder weapon, related that she had heard from her boyfriend that the gun used by "Flip" to shoot the off-duty Chicago Police Officer had been melted by unknown Spanish Cobra gang members.