# EXHIBIT 3

## 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

**Jordan Poole** <poole@loevy.com>                                   Fri, Oct 31, 2025 at 2:37 PM
To: Thomas Condon <tcondon@montanawelch.com>
Cc: Anand Swaminathan <anand@loevy.com>, Steve Art <Steve@loevy.com>, Brian Morris <morris@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Kaelyn Ackermann <ackermann@loevy.com>, Emma Logan <logan@loevy.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Josh Morrison <Josh@bonjeanlaw.com>, Dylan Brown <dbrown@vvnlaw.com>, Paul Vickrey <vickrey@vvnlaw.com>

Hi Tom,

Following up on Mr. Vazquez's testimony yesterday, Plaintiffs are seeking any arrest records or police reports from the Franklin Park Police Department relating to Destiny Rodriguez or 3017 Bright Street Apt #A. These documents would be responsive to many of Plaintiffs' Requests for Production to Franklin Park, issued on May 30, 2025, including Requests for Production #1, 5, 13, 14, 17, 26, 33, and 37.

Please produce these records by Friday, November 7, 2025.

Have a nice weekend,
Jordan
[Quoted text hidden]