# EXHIBIT 4

# 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

**Jordan Poole** <poole@loevy.com>                Mon, Dec 1, 2025 at 10:13 AM
To: Thomas Condon <tcondon@montanawelch.com>
Cc: Anand Swaminathan <anand@loevy.com>, Steve Art <steve@loevy.com>, Brian Morris <morris@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Kaelyn Ackermann <ackermann@loevy.com>, Emma Logan <logan@loevy.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Josh Morrison <Josh@bonjeanlaw.com>, Dylan Brown <dbrown@vvnlaw.com>, Paul Vickrey <vickrey@vvnlaw.com>

Tom,

I hope you had a nice holiday. Please produce the documents the Court ordered you to produce last Monday by the end of the day today.

Thanks,
Jordan

On Tue, Nov 18, 2025 at 8:14 PM Thomas Condon <tcondon@montanawelch.com> wrote:
> Jordan,
>
> I have not yet heard back from my client if there are documents responsive to your new request.
>
> Sent from my iPhone
>
>> On Nov 18, 2025, at 9:14 AM, Jordan Poole <poole@loevy.com> wrote:
>>
>>
>> Tom,
>>
>> We have still not received any update from you on this. We will file a motion for leave to file a motion to compel on this issue tomorrow.
>>
>> Thanks,
>> Jordan
>>
>> On Fri, Nov 14, 2025 at 7:07 AM Thomas Condon <tcondon@montanawelch.com> wrote:
>>> Good morning, Jordan.  I'll follow up with you later today.
>>>
>>> Sent from my iPhone
>>>
>>>> On Nov 13, 2025, at 10:06 AM, Jordan Poole <poole@loevy.com> wrote:
>>>>
>>>>
>>>> Hi Tom,
>>>>
>>>> We did not receive any update from you yesterday about this issue. Please let us know whether responsive records exist today.
>>>>
>>>> Thank you,
>>>> Jordan
>>>>
>>>> On Fri, Nov 7, 2025 at 3:06 PM Jordan Poole <poole@loevy.com> wrote:
>>>>> Hi Tom,
>>>>>
>>>>> Thanks for the conversation today. You agreed to speak with your client and determine whether any records responsive to my email exist and to let us know whether they do by Wednesday, November 12.
>>>>>
>>>>> Have a nice weekend,
>>>>> Jordan
>>>>>
>>>>> On Thu, Nov 6, 2025 at 9:42 AM Thomas Condon <tcondon@montanawelch.com> wrote:



Great, thanks.

---

**From:** Jordan Poole <poole@loevy.com>
**Sent:** Thursday, November 6, 2025 9:41 AM
**To:** Thomas Condon <tcondon@montanawelch.com>
**Cc:** Anand Swaminathan <anand@loevy.com>; Steve Art <steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>; Jennifer Bonjean <jennifer@bonjeanlaw.com>; Josh Morrison <Josh@bonjeanlaw.com>; Dylan Brown <dbrown@vvnlaw.com>; Paul Vickrey <vickrey@vvnlaw.com>
**Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

Great, I'll give you a call tomorrow at 2. Thanks.

On Thu, Nov 6, 2025 at 9:41 AM Thomas Condon <tcondon@montanawelch.com> wrote:

> Jordan,
>
> Tomorrow afternoon between 2-3 is best for me.
>
> Best regards,
>
> Tom
>
> ---
>
> **From:** Jordan Poole <poole@loevy.com>
> **Sent:** Thursday, November 6, 2025 9:40 AM
> **To:** Thomas Condon <tcondon@montanawelch.com>
> **Cc:** Anand Swaminathan <anand@loevy.com>; Steve Art <steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>; Jennifer Bonjean <jennifer@bonjeanlaw.com>; Josh Morrison <Josh@bonjeanlaw.com>; Dylan Brown <dbrown@vvnlaw.com>; Paul Vickrey <vickrey@vvnlaw.com>
> **Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses
>
> Hi Tom,
>
> Please provide your availability for a call today or tomorrow so we can get this wrapped up.
>
> Thanks,

Jordan

On Wed, Nov 5, 2025 at 8:39 AM Jordan Poole <poole@loevy.com> wrote:

Hi Tom,

I reached out yesterday to follow-up on our Monday conversation but missed you. Can we set aside some time this afternoon to discuss this?

Thanks,

Jordan

On Fri, Oct 31, 2025 at 3:37 PM Jordan Poole <poole@loevy.com> wrote:

Hi Tom,

Let's try and confer after the Patel dep on Monday, if that works for you. I can give you a call if you are not attending in person.

Have a nice weekend,

Jordan

On Fri, Oct 31, 2025 at 3:35 PM Thomas Condon <tcondon@montanawelch.com> wrote:

Good afternoon, Jordan.

I don't agree that the documents you are now requesting would be covered by the previous requests. Feel free to give me a call on Monday morning or we can talk in the afternoon.

Have a great weekend.

Sent from my iPhone

On Oct 31, 2025, at 2:38 PM, Jordan Poole <poole@loevy.com> wrote:

Hi Tom,

Following up on Mr. Vazquez's testimony yesterday, Plaintiffs are seeking any arrest records or police reports from the Franklin Park Police Department relating to Destiny Rodriguez or 3017 Bright Street Apt #A. These documents would be responsive to many of Plaintiffs' Requests for Production to Franklin Park, issued on May 30, 2025, including Requests for Production #1, 5, 13, 14, 17, 26, 33, and 37.

Please produce these records by Friday, November 7, 2025.

Have a nice weekend,

Jordan

On Wed, Sep 24, 2025 at 11:00 AM Jordan Poole <poole@loevy.com> wrote:

> Thanks, Tom.
>
> On Wed, Sep 24, 2025 at 9:58 AM Thomas Condon <tcondon@montanawelch.com> wrote:
>
>> Jordan,
>>
>> I will supplement the production response later today.
>>
>> Best regards,
>>
>> Tom
>>
>> ---
>>
>> **From:** Jordan Poole <poole@loevy.com>
>> **Sent:** Wednesday, September 24, 2025 9:24 AM
>> **To:** Thomas Condon <tcondon@montanawelch.com>
>> **Cc:** Anand Swaminathan <anand@loevy.com>; Steve Art <Steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>
>> **Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses
>>
>> Tom, if we don't have an update on this by EOD, I will have to move to compel, given the deadline.

On Fri, Sep 19, 2025 at 4:00 PM Jordan Poole <poole@loevy.com> wrote:

Hi Tom,

Any update? We have our motion to compel deadline a week from today, so I want to close this loop.

Thanks,

Jordan

On Wed, Sep 17, 2025 at 4:42 PM Jordan Poole <poole@loevy.com> wrote:

Thanks, Tom.

On Wed, Sep 17, 2025 at 4:10 PM Thomas Condon <tcondon@montanawelch.com> wrote:

Jordan,

My apologies. I will follow up with my client and get back to you in the morning.

Best regards,

Tom

---

**From:** Jordan Poole <poole@loevy.com>
**Sent:** Tuesday, September 16, 2025 5:42 PM
**To:** Thomas Condon <tcondon@montanawelch.com>; Anand Swaminathan <anand@loevy.com>; Steve Art <Steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>
**Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

Hi Tom,

Please provide an update on this by the end of the day tomorrow.

Thanks,

Jordan

On Thu, Sep 4, 2025 at 9:50 AM Jordan Poole <poole@loevy.com> wrote:

> Hi Tom,
>
> Checking in on this--feel free to give me a call at your convenience.
>
> Thanks,
>
> Jordan
>
> On Mon, Aug 25, 2025 at 12:34 PM Jordan Poole <poole@loevy.com> wrote:
>
>> Hi Tom,
>>
>> Thanks for the conversation last week. As promised, I have attached a couple of documents related to your client. As I mentioned on the phone, we can't provide every document in our possession that's relevant to your client, but as a courtesy we have pulled these two.
>>
>> It is also my understanding from our conversation that the Franklin Park Police Department maintains that it has no emails with the Chicago Police Department related to this investigation. Please let me know if I have misunderstood. As for our request regarding metadata related to FP1-3, you indicated that you'd check with your client regarding whether the metadata existed/was still accessible. Please provide an update by 9/3 on the metadata issue.
>>
>> Thanks,
>>
>> Jordan
>>
>> On Tue, Aug 19, 2025 at 10:34 AM Thomas Condon <tcondon@montanawelch.com> wrote:
>>
>>> Feel free to call me Tom

**From:** Jordan Poole <poole@loevy.com>
**Sent:** Tuesday, August 19, 2025 10:30 AM
**To:** Thomas Condon <tcondon@montanawelch.com>
**Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

Will do, thanks Thomas.

On Tue, Aug 19, 2025 at 10:30 AM Thomas Condon <tcondon@montanawelch.com> wrote:

> Sounds good.  Please call my cell at 312-209-0220.
>
> Best regards,
>
> Tom

**From:** Jordan Poole <poole@loevy.com>
**Sent:** Tuesday, August 19, 2025 10:21 AM
**To:** Thomas Condon <tcondon@montanawelch.com>
**Cc:** Karolina Kurczak <kkurczak@montanawelch.com>; John Wise <jwise@montanawelch.com>; Anand Swaminathan <anand@loevy.com>; Steve Art <Steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>
**Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

Thanks, Thomas. I will give you a call tomorrow or Thursday.

On Tue, Aug 19, 2025 at 10:19 AM Thomas Condon

<tcondon@montanawelch.com> wrote:

> Jordan,
>
> Please call me at your convenience.
>
> Best regards,
>
> Tom
>
> ---
>
> **From:** Jordan Poole <poole@loevy.com>
> **Sent:** Tuesday, August 19, 2025 10:04 AM
> **To:** Karolina Kurczak <kkurczak@montanawelch.com>; Thomas Condon <tcondon@montanawelch.com>; John Wise <jwise@montanawelch.com>; Anand Swaminathan <anand@loevy.com>; Steve Art <Steve@loevy.com>; Brian Morris <morris@loevy.com>; Jennifer Blagg <jennifer@blagglaw.net>; Eric Bisby <eric@blagglaw.net>; Kaelyn Ackermann <ackermann@loevy.com>; Emma Logan <logan@loevy.com>
> **Subject:** Re: 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses
>
> Hi Thomas and John,
>
> Please provide dates or the responsive documents. Again, we are seeking any metadata associated with FP1-3 as well as any emails the Village of Franklin Park has with the Chicago Police Department related to this case.
>
> Thank you,
>
> Jordan
>
> On Thu, Aug 14, 2025 at 4:05 PM Jordan Poole <poole@loevy.com>

wrote:

> Hi Thomas and John,
>
> Will you please provide some dates to confer about Defendants' responses by the end of the day tomorrow?
>
> Thanks,
>
> Jordan
>
> On Tue, Aug 12, 2025 at 4:03 PM Jordan Poole <poole@loevy.com> wrote:
>
>> Thank you, Karolina.
>>
>> Thomas and John, do you have some time in the next couple of weeks to talk about Defendants' responses?
>>
>> In particular, we are seeking any metadata associated with FP1-3 as well as any emails the Village of Franklin Park has with the Chicago Police Department related to this case.
>>
>> Thanks,
>>
>> Jordan
>>
>> On Tue, Aug 12, 2025 at 3:13 PM Karolina Kurczak <kkurczak@montanawelch.com> wrote:
>>
>>> Good afternoon,
>>>
>>> Please see attached Franklin Park Defendants' discovery responses with production included on the link listed below:
>>>
>>> https://www.dropbox.com/scl/fo/zhmz5pjf95txyh1ys7guy/AFJKUXVMvPld-UP4UlkB2rM?rlkey=

imojj7qxq4rqfds55ocfhxe2h&st=
ux3s1uoy&dl=0

Thank you,

Karolina Kurczak, Paralegal

**MONTANA & WELCH, LLC**

11950 South Harlem Avenue,
Suite 102

Palos Heights, Illinois 60463

(708) 448-7005

(708) 448-7007 Fax

(630) 501-0624 Elmhurst
Location

kkurczak@montanawelch.com