# EXHIBIT 6



# Franklin Park Police Department

## INCIDENT REPORT

### Incident #: 201300005358



---

### INCIDENT DATES/TIMES:

**Reported Date/Time:** 03/10/2013     23:07:03
**Earliest Date/Time:**
**Latest Date/Time:**
**LEADS #:**
**Activity:**       Drug Activity/All Offen

---

### INCIDENT LOCATION:

▇▇▇▇▇▇▇▇▇▇▇      Franklin Park      IL      IL - Cook County

---

### OFFENSES:

| UCR Code | Local Code | Local Code - Description |
|---|---|---|
| 2600 | 0000001814 | Pos of Cannabis 10gm or less(ord/civil viol) |
| 2600 | 0000001821 | Del/Manufacture Cannabis 30gm and Under(misd) |
| 2600 | 0000002160 | Sale or Delivery of Drug Paraphernalia |
| 2600 | 0000001425 | Unlawful Possession of Firearms/Firearm Ammo. |

---

### COMPLAINANT:

**Name:** Giuliano 118/Morin 116,      **Tel #1:**
**Address:** ▇▇▇▇▇▇▇▇▇      **Tel #2:**
**City/State/ZIP:** Franklin Park, IL

---

### COMPLAINANT EMPLOYMENT INFO (IF ANY):

**Name:** Giuliano 118/Morin 116,
**Employer:**      **Employer Phone #:**

---

### PROPERTY VEHICLE:

| Plate # | State | Type | VIN | Yr | Make-Model | Color | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

### PROPERTY:

| No. | Loss Type | Qty.. | Make/Model/Style | Description | Serial # | Value | Evd. | RecDate | Rec Val |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

---

### SYNOPSIS:

---

### SUBJECT(S) INVOLVED:

FP 00766



## Franklin Park Police Department

## INCIDENT REPORT

Incident #: 201300005358



# Offender 001

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Vidales, Andrea | **DOB:** | 1992 | **Ethn:** | H | |
| **Address:** | ▉ | **Race:** | W | **Hair:** | | |
| **City/St:** | Franklin Park, IL 60131 | **Sex:** | F | **Eyes:** | | |
| **Phone 1:** | ▉ | **Age:** | 32 | **Skin:** | | |
| **Phone 2:** | | **Height:** | | **Face:** | | |
| **SSN:** | | **Weight:** | | **Dangerous:** | NO | |
| **OLN:** | | **ST:** | | **Resident:** | | |

# Offender 002

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | Rodriguez, Destiny | **DOB:** | 1989 | **Ethn:** | H | |
| **Address:** | ▉ | **Race:** | W | **Hair:** | | |
| **City/St:** | Franklin Park, IL 60131 | **Sex:** | F | **Eyes:** | | |
| **Phone 1:** | ▉ | **Age:** | 35 | **Skin:** | | |
| **Phone 2:** | | **Height:** | | **Face:** | | |
| **SSN:** | | **Weight:** | | **Dangerous:** | NO | |
| **OLN:** | | **ST:** | | **Resident:** | | |

## SUBJECT(S) INVOLVED EMPLOYMENT INFO (IF ANY):

| | | | |
|---|---|---|---|
| **Name:** | | **DOB:** | |
| **Employer:** | 0000 | **Employer Phone:** | |

## SUBJECT(S) INVOLVED VEHICLES (IF ANY):

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | | | | **DOB:** | |
| **Plate #:** | **State:** | **Type:** | **VIN:** | | |
| **Yr:** | **Make:** | **Model:** | | **Color:** | |

## APPROVALS:

| Function | ID | Name | Date | Status |
|---|---|---|---|---|
| Entered | FP118 | Don Giuliano | 03/11/2013 | P - Pending Approva |
| Investigated | | | | |
| Reviewed | FP109 | Ste Witnik | 03/11/2013 | A - Approved |

## OFFICERS ASSIGNED:

| | | |
|---|---|---|
| FP8118 | FP118 | Don Giuliano |
| FP8116 | FP116 | Tod Morin |

FP 00767

Administrative Agency: Franklin Park PD   Incident #: 201300005358        Case_Nr:
Report No. 1   Entered: 03/11/2013 00:32   By Officer: FP118 Don Giuliano
Subject: Incident Report

In summary, reference 13-5082.  On 10-MAR-2013 at approximately 23:07 hours this R/O (P/O Giuliano #118) and P/O Morin #116 went to ███████████ ███ Franklin Park, Cook County, IL.  This R/O and P/O Morin went to that location to speak with Andrea Vidales, female Hispanic, with date of birth ███ ███1992 regarding jewelry that she pawned that was stolen.  This R/O spoke to Vidales and her roommate Destiny Rodriguez, female Hispanic, with date of birth ████1989.  Vidales and Rodriguez invited this R/O and P/O Morin inside of their residence.  This R/O spoke to Vidales about pawning jewelry, and she admitted pawning jewelry on or about 05-MAR-2013 at Cash America pawn shop in Franklin Park.  Vidales related that she did not know the jewelry was stolen and that she thought she was doing a favor for her friend, Rodolfo Gonzalez, by pawning the jewelry.

While speaking to Vidales about the jewelry this R/O also asked her about her smoking and selling cannabis.  Both Vidales and Rodriguez admitted to smoking cannabis and selling a small amount of cannabis to help with their bills.  Vidales and Rodriguez also admitted that they had just under ten grams of cannabis, a scale and about fifty (50) .38 caliber bullets in their apartment.  Vidales and Rodriguez gave both verbal and written consent to this R/O and P/O Morin to search their apartment, to include a small metal lock-box. Vidales, accompanied by this R/O and P/O Morin went into her bedroom and removed two small jars containing nineteen clear plastic knotted bags that contained a green leafy substance, suspect cannabis, from a shoe box in the closet.  Vidales also removed a small black electronic scale from a dresser drawer and gave it to this R/O.  Rodriguez unlocked her silver colored lock-box and gave the .38 caliber ammunition, and a small black leather holster to this R/O.  Rodriguez related that she did not have an FOID card, and that the ammunition was in her safe from her ex-boyfriend, and that she was glad this R/O was taking it.  She related that she wanted to get rid of it, and was tired of having it in her possession after her ex-boyfriend got arrested and they broke up.  She related that her ex-boyfriend was arrested with a .38 caliber revolver, and then after he got arrested they broke up.  Rodriguez related that that is why she had the ammunition.

The suspect cannabis, the scale, and the ammunition and holster were recovered by this R/O and P/O Morin.  No charges were filed against Vidales and Rodriguez, pending a further investigation.

The suspect cannabis field tested positive for cannabis, and weighed approximately 9.5 grams with packaging.  All of the evidence was turned over to E.T. Morin for processing.  See E.T. report for further information.

FP 00768