# EXHIBIT 7

## 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

---

**Jordan Poole** <poole@loevy.com>                                                                    Fri, Dec 5, 2025 at 5:21 PM
To: Thomas Condon <tcondon@montanawelch.com>
Cc: Anand Swaminathan <anand@loevy.com>, Steve Art <steve@loevy.com>, Brian Morris <morris@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Kaelyn Ackermann <ackermann@loevy.com>, Emma Logan <logan@loevy.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Josh Morrison <Josh@bonjeanlaw.com>, Dylan Brown <dbrown@vvnlaw.com>, Paul Vickrey <vickrey@vvnlaw.com>

In addition to those documents, we also ask that you produce the metadata associated with this report, which you earlier produced with respect to FP 1-3. Have a nice weekend.

On Fri, Dec 5, 2025 at 5:17 PM Jordan Poole <poole@loevy.com> wrote:
> Thank you, Tom. This report references at least two other documents that we have not received: 1) the written consent given by Vidales and Rodriguez and 2) the evidence report done by E.T. Morin. Please produce these documents by Friday, December 12 or confirm that they are not in your client's possession.