# EXHIBIT 8

COVER PAGE TO EXCEL SPREADSHEET

FRANKLIN PARK DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR
METADATA ASSOCIATED WITH FP1-3

Franklin Park 00769

| AuditID | AuditDate | HostName | Application | SysUser | TableName | Operation | AgencyKey | IncidentKey | ModuleKey | Suffix_1_Key | Suffix_2_Key | Suffix_3_Key | TypeKey | ColumnName | OldValue | NewValue | Confidential | Juvenile | Rape_Case | AdditionalInfo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9548765 | 2013-03-10 23:20:36.210 | CISCTX01 | CAD Application | dp2 | MasterName | U | FPPD | 201300005358 | CFS | 002 | | | CFP | Ref_Date | Mar 10 2013 12:00AM | Mar 10 2013 11:07PM | NULL | NULL | NULL | NULL |
| 9548766 | 2013-03-10 23:22:09.203 | CISCTX01 | CAD Application | dp2 | MasterName | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Ref_Date | Mar 10 2013 12:00AM | Mar 10 2013 11:07PM | NULL | NULL | NULL | NULL |
| 9548767 | 2013-03-10 23:28:12.760 | CISCTX01 | CAD Application | dp2 | MasterID | U | FPPD | 201300005358 | CFS | 001 | | | CFP | State_License | | IL | NULL | NULL | NULL | NULL |
| 9548768 | 2013-03-10 23:28:12.760 | CISCTX01 | CAD Application | dp2 | MasterID | U | FPPD | 201300005358 | CFS | 001 | | | CFP | MIDENT_Modified _Date_Time | Mar 10 2013 11:20PM | Mar 10 2013 11:28PM | NULL | NULL | NULL | NULL |
| 9548769 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | DOB | NULL | Jul 23 1992 12:00AM | NULL | NULL | NULL | NULL |
| 9548770 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Age | NULL | 20 | NULL | NULL | NULL | NULL |
| 9548771 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Sex | | F | NULL | NULL | NULL | NULL |
| 9548772 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Weight | | 140 | NULL | NULL | NULL | NULL |
| 9548773 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Height | | 506 | NULL | NULL | NULL | NULL |
| 9548774 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Hair_Color | | BRO | NULL | NULL | NULL | NULL |
| 9548775 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | Eye_Color | | BRO | NULL | NULL | NULL | NULL |
| 9548776 | 2013-03-10 23:28:12.793 | CISCTX01 | CAD Application | dp2 | MasterDescript ors | U | FPPD | 201300005358 | CFS | 001 | | | CFP | MDESC_Modified _Date_Time | Mar 10 2013 11:20PM | Mar 10 2013 11:28PM | NULL | NULL | NULL | NULL |
| 9548797 | 2013-03-10 23:59:18.493 | CISSIS01 | .Net SqlClient Data Provider | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | Disposition | NULL | R | NULL | NULL | NULL | NULL |
| 9548798 | 2013-03-10 23:59:18.493 | CISSIS01 | .Net SqlClient Data Provider | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | ClosedBy | NULL | P118 | NULL | NULL | NULL | NULL |
| 9548799 | 2013-03-10 23:59:18.493 | CISSIS01 | .Net SqlClient Data Provider | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | TimeCompleted | NULL | Mar 10 2013 11:59PM | NULL | NULL | NULL | NULL |
| 9548800 | 2013-03-10 23:59:18.493 | CISSIS01 | .Net SqlClient Data Provider | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | Cad_Modified_Da te_Time | Mar 10 2013 11:07PM | Mar 10 2013 11:59PM | NULL | NULL | NULL | NULL |
| 9548801 | 2013-03-10 23:59:18.510 | CISSIS01 | .Net SqlClient Data Provider | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | | | | L | MADDR_Modified _Date_Time | Mar 10 2013 11:07PM | Mar 10 2013 11:59PM | NULL | NULL | NULL | NULL |
| 9548836 | 2013-03-11 00:27:50.883 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | NULL | Mar 11 2013 12:27AM | NULL | NULL | NULL | NULL |
| 9548837 | 2013-03-11 00:27:50.883 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548838 | 2013-03-11 00:28:46.953 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFF_Next_Suffix | 001 | 002 | NULL | NULL | NULL | NULL |
| 9548839 | 2013-03-11 00:28:46.953 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:27AM | Mar 11 2013 12:28AM | NULL | NULL | NULL | NULL |
| 9548840 | 2013-03-11 00:28:47.027 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:28AM | Mar 11 2013 12:28AM | NULL | NULL | NULL | NULL |
| 9548841 | 2013-03-11 00:28:47.027 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548842 | 2013-03-11 00:28:47.037 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | Mar 11 2013 12:27AM | Mar 11 2013 12:28AM | NULL | NULL | NULL | NULL |
| 9548843 | 2013-03-11 00:28:47.037 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548844 | 2013-03-11 00:29:08.407 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFF_Next_Suffix | 002 | 003 | NULL | NULL | NULL | NULL |
| 9548845 | 2013-03-11 00:29:08.407 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:28AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548846 | 2013-03-11 00:29:08.473 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548847 | 2013-03-11 00:29:08.480 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | Mar 11 2013 12:28AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548848 | 2013-03-11 00:29:08.480 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548849 | 2013-03-11 00:29:27.807 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFF_Next_Suffix | 003 | 004 | NULL | NULL | NULL | NULL |
| 9548850 | 2013-03-11 00:29:27.807 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548851 | 2013-03-11 00:29:27.873 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548852 | 2013-03-11 00:29:27.883 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548853 | 2013-03-11 00:29:27.883 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548854 | 2013-03-11 00:29:38.940 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFF_Next_Suffix | 004 | 005 | NULL | NULL | NULL | NULL |
| 9548855 | 2013-03-11 00:29:38.940 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548856 | 2013-03-11 00:29:39.017 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548857 | 2013-03-11 00:29:39.017 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548858 | 2013-03-11 00:29:39.027 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548859 | 2013-03-11 00:29:39.027 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548860 | 2013-03-11 00:29:57.213 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFN_Next_Suffix | 001 | 002 | NULL | NULL | NULL | NULL |
| 9548861 | 2013-03-11 00:29:57.213 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548862 | 2013-03-11 00:29:57.593 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548863 | 2013-03-11 00:29:57.603 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Tim e | Mar 11 2013 12:29AM | Mar 11 2013 12:29AM | NULL | NULL | NULL | NULL |
| 9548864 | 2013-03-11 00:29:57.603 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548865 | 2013-03-11 00:30:37.303 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | OFN_Next_Suffix | 002 | 003 | NULL | NULL | NULL | NULL |
| 9548866 | 2013-03-11 00:30:37.303 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_ Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:30AM | NULL | NULL | NULL | NULL |

| ID | DateTime | Src | Rec | FP | Table | Act | Agency | Incident | Cat | Code1 | Code2 | X | Y | Field | OldVal | NewVal | N1 | N2 | N3 | N4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9548867 | 2013-03-11 00:30:37.727 | CISCTX02 | INC | FP118 | MasterIncident | U | FPPD | 201300005358 | OFN | 002 | | | | CID_Nbr | | 000000008755 | NULL | NULL | NULL | NULL |
| 9548868 | 2013-03-11 00:30:37.727 | CISCTX02 | INC | FP118 | MasterIncident | U | FPPD | 201300005358 | OFN | 002 | | | | CID_Agency | | CID | NULL | NULL | NULL | NULL |
| 9548869 | 2013-03-11 00:30:37.727 | CISCTX02 | INC | FP118 | MasterIncident | U | FPPD | 201300005358 | OFN | 002 | | | | MMII_Modified_Date_Time | Mar 11 2013 12:00AM | Mar 11 2013 12:30AM | NULL | NULL | NULL | NULL |
| 9548870 | 2013-03-11 00:30:37.740 | CISCTX02 | INC | FP118 | MasterID | U | FPPD | 201300005358 | OFN | 002 | | | O | CID_Nbr | | 000000008755 | NULL | NULL | NULL | NULL |
| 9548871 | 2013-03-11 00:30:37.740 | CISCTX02 | INC | FP118 | MasterID | U | FPPD | 201300005358 | OFN | 002 | | | O | CID_Agency | | CID | NULL | NULL | NULL | NULL |
| 9548872 | 2013-03-11 00:30:37.817 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | | NULL | NULL | NULL | NULL |
| 9548873 | 2013-03-11 00:30:37.827 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:30AM | NULL | NULL | NULL | NULL |
| 9548874 | 2013-03-11 00:30:37.827 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p118 | NULL | NULL | NULL | NULL |
| 9548875 | 2013-03-11 00:30:52.543 | CISCTX02 | INC | FP118 | MasterDescriptors | | FPPD | 201300005358 | OFN | 002 | | | O | MDESC_Modified_Date_Time | Mar 11 2013 12:30AM | Mar 11 2013 12:30AM | NULL | NULL | NULL | NULL |
| 9548878 | 2013-03-11 00:31:54.777 | CISCTX02 | INC | FP118 | MasterLocation | U | FPPD | 201300005358 | OFN | 001 | 001 | | O | Phone_1 | | 7089414096 | NULL | NULL | NULL | NULL |
| 9548879 | 2013-03-11 00:31:54.777 | CISCTX02 | INC | FP118 | MasterLocation | U | FPPD | 201300005358 | OFN | 001 | 001 | | O | MADDR_Modified_Date_Time | Mar 11 2013 12:29AM | Mar 11 2013 12:31AM | NULL | NULL | NULL | NULL |
| 9548881 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | ItemNo | | 1 | NULL | NULL | NULL | Rpt# 1 |
| 9548882 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | CreatedTime | NULL | Mar 11 2013 12:32AM | NULL | NULL | NULL | Rpt# 1 |
| 9548883 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | CreatedBy | NULL | p118 | NULL | NULL | NULL | Rpt# 1 |
| 9548884 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | ModifiedTime | NULL | Mar 11 2013 12:32AM | NULL | NULL | NULL | Rpt# 1 |
| 9548885 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | ModifiedBy | NULL | p118 | NULL | NULL | NULL | Rpt# 1 |
| 9548886 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | InUseTime | NULL | Mar 11 2013 12:32AM | NULL | NULL | NULL | Rpt# 1 |
| 9548887 | 2013-03-11 00:32:37.047 | CISCTX02 | INC | FP118 | SuppText | I | FPPD | 201300005358 | ADM | | | NULL | NULL | InUseBy | NULL | p118 | NULL | NULL | NULL | Rpt# 1 |
| 9548888 | 2013-03-11 00:32:45.687 | CISCTX02 | INC | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | DocTitle | NULL | Incident Report | NULL | NULL | NULL | 1 |
| 9548889 | 2013-03-11 00:38:22.393 | CISCTX02 | INC | FP116 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 12:30AM | Mar 11 2013 12:38AM | NULL | NULL | NULL | NULL |
| 9548890 | 2013-03-11 00:38:22.393 | CISCTX02 | INC | FP116 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 12:30AM | Mar 11 2013 12:38AM | NULL | NULL | NULL | NULL |
| 9548891 | 2013-03-11 00:38:22.393 | CISCTX02 | INC | FP116 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p118 | p116 | NULL | NULL | NULL | NULL |
| 9548892 | 2013-03-11 00:52:56.987 | CISCTX02 | EditDoc | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | ModifiedTime | Mar 11 2013 12:32AM | Mar 11 2013 12:52AM | NULL | NULL | NULL | 1 |
| 9548893 | 2013-03-11 00:52:56.987 | CISCTX02 | EditDoc | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | InUseBy | p118 | | NULL | NULL | NULL | 1 |
| 9548958 | 2013-03-11 01:09:33.340 | CISCTX02 | INC | FP116 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 12:38AM | Mar 11 2013 1:09AM | NULL | NULL | NULL | NULL |
| 9548959 | 2013-03-11 01:09:33.340 | CISCTX02 | INC | FP116 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p116 | NULL | NULL | NULL | NULL |
| 9549092 | 2013-03-11 03:45:45.850 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 1:09AM | Mar 11 2013 3:45AM | NULL | NULL | NULL | NULL |
| 9549093 | 2013-03-11 03:45:45.850 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 12:38AM | Mar 11 2013 3:45AM | NULL | NULL | NULL | NULL |
| 9549094 | 2013-03-11 03:45:45.850 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p109 | NULL | NULL | NULL | NULL |
| 9549095 | 2013-03-11 03:45:46.280 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 3:45AM | Mar 11 2013 3:45AM | NULL | NULL | NULL | NULL |
| 9549096 | 2013-03-11 03:45:46.280 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p109 | | NULL | NULL | NULL | NULL |
| 9549097 | 2013-03-11 03:45:46.747 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 3:45AM | Mar 11 2013 3:45AM | NULL | NULL | NULL | NULL |
| 9549098 | 2013-03-11 03:45:46.747 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | p109 | NULL | NULL | NULL | NULL |
| 9549099 | 2013-03-11 03:45:57.943 | CISCTX02 | INC | FP109 | MasterName | U | FPPD | 201300005358 | ADM | | | | C | MNI_Modified_Date_Time | Mar 11 2013 12:28AM | Mar 11 2013 3:45AM | NULL | NULL | NULL | NULL |
| 9549100 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | Review_Date | NULL | Mar 11 2013 12:00AM | NULL | NULL | NULL | NULL |
| 9549101 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | Review_Time | NULL | Dec 30 1899 3:46AM | NULL | NULL | NULL | NULL |
| 9549102 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | Review_Officer | | P109 | NULL | NULL | NULL | NULL |
| 9549103 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | Review_Division | | 1 | NULL | NULL | NULL | NULL |
| 9549104 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | Review_Status | | A | NULL | NULL | NULL | NULL |
| 9549105 | 2013-03-11 03:46:06.940 | CISCTX02 | INC | FP109 | Supervisory | U | FPPD | 201300005358 | ADM | | | NULL | | MSUPR_Modified_Date_Time | Mar 11 2013 12:28AM | Mar 11 2013 3:46AM | NULL | NULL | NULL | NULL |
| 9549106 | 2013-03-11 03:46:09.997 | CISCTX02 | INC | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | InUseBy | | p109 | NULL | NULL | NULL | 1 |
| 9549107 | 2013-03-11 03:47:09.110 | CISCTX02 | EditDoc | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | InUseBy | p109 | | NULL | NULL | NULL | 1 |
| 9549108 | 2013-03-11 03:47:51.637 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 3:45AM | Mar 11 2013 3:47AM | NULL | NULL | NULL | NULL |
| 9549109 | 2013-03-11 03:47:51.637 | CISCTX02 | INC | FP109 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | p109 | | NULL | NULL | NULL | NULL |
| 9549110 | 2013-03-11 03:47:59.753 | CISCTX02 | Report Flow Control | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | LockedTime | NULL | Mar 11 2013 3:47AM | NULL | NULL | NULL | 1 |
| 9549111 | 2013-03-11 03:47:59.753 | CISCTX02 | Report Flow Control | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | LockedBy | NULL | P109 | NULL | NULL | NULL | 1 |
| 9549112 | 2013-03-11 03:47:59.753 | CISCTX02 | Report Flow Control | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | Reason | NULL | Approved Report | NULL | NULL | NULL | 1 |
| 9550025 | 2013-03-11 12:33:01.070 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 3:47AM | Mar 11 2013 12:33PM | NULL | NULL | NULL | NULL |
| 9550026 | 2013-03-11 12:33:01.070 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 3:45AM | Mar 11 2013 12:33PM | NULL | NULL | NULL | NULL |
| 9550027 | 2013-03-11 12:33:01.070 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | rc2 | NULL | NULL | NULL | NULL |
| 9550028 | 2013-03-11 12:33:01.367 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | rc2 | | NULL | NULL | NULL | NULL |
| 9550029 | 2013-03-11 12:33:01.827 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | rc2 | NULL | NULL | NULL | NULL |
| 9550030 | 2013-03-11 12:34:25.730 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 12:33PM | Mar 11 2013 12:34PM | NULL | NULL | NULL | NULL |
| 9550031 | 2013-03-11 12:34:25.730 | CISCTX01 | INC | rc2 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | rc2 | | NULL | NULL | NULL | NULL |
| 9558318 | 2013-03-13 23:52:59.620 | CISCTX02 | INC | FP123 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 11 2013 12:34PM | Mar 13 2013 11:52PM | NULL | NULL | NULL | NULL |
| 9558319 | 2013-03-13 23:52:59.620 | CISCTX02 | INC | FP123 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 11 2013 12:33PM | Mar 13 2013 11:52PM | NULL | NULL | NULL | NULL |
| 9558320 | 2013-03-13 23:52:59.620 | CISCTX02 | INC | FP123 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | P123 | NULL | NULL | NULL | NULL |
| 9558321 | 2013-03-13 23:53:28.297 | CISCTX02 | INC | FP123 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 13 2013 11:52PM | Mar 13 2013 11:53PM | NULL | NULL | NULL | NULL |
| 9558322 | 2013-03-13 23:53:28.297 | CISCTX02 | INC | FP123 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | P123 | | NULL | NULL | NULL | NULL |
| 9606682 | 2013-04-04 18:18:26.490 | CISCTX02 | INC | FP120 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 13 2013 11:53PM | Apr 4 2013 6:18PM | NULL | NULL | NULL | NULL |
| 9606683 | 2013-04-04 18:18:26.490 | CISCTX02 | INC | FP120 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Mar 13 2013 11:52PM | Apr 4 2013 6:18PM | NULL | NULL | NULL | NULL |
| 9606684 | 2013-04-04 18:18:26.490 | CISCTX02 | INC | FP120 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | P120 | NULL | NULL | NULL | NULL |
| 9606700 | 2013-04-04 18:20:31.660 | CISCTX02 | INC | FP120 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Apr 4 2013 6:18PM | Apr 4 2013 6:20PM | NULL | NULL | NULL | NULL |

| ID | DateTime | Server | INC | FP | Category | U | FPPD | Number | Type | | | | | Field | Value1 | Value2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9606701 | 2013-04-04 18:20:31.660 | CISCTX02 | INC | FP120 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | P120 | | NULL | NULL | NULL | NULL |
| 9655990 | 2013-04-10 12:48:57.687 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | CreatedBy | P118 | FP118 | NULL | NULL | NULL | 1 |
| 9837936 | 2013-04-10 12:49:38.420 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | LockedBy | P109 | FP109 | NULL | NULL | NULL | 1 |
| 9902360 | 2013-04-10 12:49:49.610 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | SuppText | U | FPPD | 201300005358 | ADM | | | NULL | NULL | ModifiedBy | P118 | FP118 | NULL | NULL | NULL | 1 |
| 10108024 | 2013-04-10 15:16:31.537 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | | | | L | Fire_Box | 000200 | FR200 | NULL | NULL | NULL | NULL |
| 10115599 | 2013-04-10 15:16:31.537 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | ADM | | | | L | Fire_Box | 000200 | FR200 | NULL | NULL | NULL | NULL |
| 10157168 | 2013-04-10 15:26:13.780 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | FireBox | 000200 | FR200 | NULL | NULL | NULL | NULL |
| 10196894 | 2013-04-10 15:27:49.827 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | FireBox | FR200 | FP200 | NULL | NULL | NULL | NULL |
| 10276723 | 2013-04-10 15:29:42.460 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | | | | L | Fire_Box | FR200 | FP200 | NULL | NULL | NULL | NULL |
| 10283594 | 2013-04-10 15:29:42.460 | CISSQL01 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | ADM | | | | L | Fire_Box | FR200 | FP200 | NULL | NULL | NULL | NULL |
| 10846385 | 2013-05-30 09:24:44.117 | CISCTX03 | INC | fp84 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Apr 4 2013 6:20PM | May 30 2013 9:24AM | NULL | NULL | NULL | NULL |
| 10846386 | 2013-05-30 09:24:44.117 | CISCTX03 | INC | fp84 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Apr 4 2013 6:18PM | May 30 2013 9:24AM | NULL | NULL | NULL | NULL |
| 10846387 | 2013-05-30 09:24:44.117 | CISCTX03 | INC | fp84 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp84 | NULL | NULL | NULL | NULL |
| 10846448 | 2013-05-30 09:27:23.470 | CISCTX03 | INC | fp84 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | May 30 2013 9:24AM | May 30 2013 9:27AM | NULL | NULL | NULL | NULL |
| 10846449 | 2013-05-30 09:27:23.470 | CISCTX03 | INC | fp84 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp84 | NULL | NULL | NULL | NULL |
| 11628586 | 2013-07-15 00:50:22.620 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | May 30 2013 9:27AM | Jul 15 2013 12:50AM | NULL | NULL | NULL | NULL |
| 11628587 | 2013-07-15 00:50:22.620 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | May 30 2013 9:24AM | Jul 15 2013 12:50AM | NULL | NULL | NULL | NULL |
| 11628588 | 2013-07-15 00:50:22.620 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp118 | NULL | NULL | NULL | NULL |
| 11628589 | 2013-07-15 00:52:34.457 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Jul 15 2013 12:50AM | Jul 15 2013 12:52AM | NULL | NULL | NULL | NULL |
| 11628590 | 2013-07-15 00:52:34.457 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | fp118 | | NULL | NULL | NULL | NULL |
| 11901261 | 2013-07-31 19:03:58.733 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Jul 15 2013 12:52AM | Jul 31 2013 7:03PM | NULL | NULL | NULL | NULL |
| 11901262 | 2013-07-31 19:03:58.733 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Jul 15 2013 12:50AM | Jul 31 2013 7:03PM | NULL | NULL | NULL | NULL |
| 11901263 | 2013-07-31 19:03:58.733 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp118 | NULL | NULL | NULL | NULL |
| 11904384 | 2013-07-31 23:02:25.547 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Jul 31 2013 7:03PM | Jul 31 2013 11:02PM | NULL | NULL | NULL | NULL |
| 11904385 | 2013-07-31 23:02:25.547 | CISCTX01 | INC | fp118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | fp118 | | NULL | NULL | NULL | NULL |
| 12453489 | 2013-08-31 10:07:29.133 | CISCTX03 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Jul 31 2013 11:02PM | Aug 31 2013 10:07AM | NULL | NULL | NULL | NULL |
| 12453490 | 2013-08-31 10:07:29.133 | CISCTX03 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Jul 31 2013 7:03PM | Aug 31 2013 10:07AM | NULL | NULL | NULL | NULL |
| 12453491 | 2013-08-31 10:07:29.133 | CISCTX03 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp128 | NULL | NULL | NULL | NULL |
| 12453498 | 2013-08-31 10:12:14.623 | CISCTX03 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Aug 31 2013 10:07AM | Aug 31 2013 10:12AM | NULL | NULL | NULL | NULL |
| 12453499 | 2013-08-31 10:12:14.623 | CISCTX03 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | fp128 | | NULL | NULL | NULL | NULL |
| 12910890 | 2013-09-24 20:57:36.187 | CISCTX03 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Aug 31 2013 10:12AM | Sep 24 2013 8:57PM | NULL | NULL | NULL | NULL |
| 12910891 | 2013-09-24 20:57:36.187 | CISCTX03 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Aug 31 2013 10:07AM | Sep 24 2013 8:57PM | NULL | NULL | NULL | NULL |
| 12910892 | 2013-09-24 20:57:36.187 | CISCTX03 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | FP118 | NULL | NULL | NULL | NULL |
| 12930098 | 2013-09-25 00:25:38.043 | CISCTX03 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Sep 24 2013 8:57PM | Sep 25 2013 12:25AM | NULL | NULL | NULL | NULL |
| 12930099 | 2013-09-25 00:25:38.043 | CISCTX03 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | FP118 | | NULL | NULL | NULL | NULL |
| 20779217 | 2013-12-19 12:06:23.567 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Sep 25 2013 12:25AM | Dec 19 2013 12:05PM | NULL | NULL | NULL | NULL |
| 20779218 | 2013-12-19 12:06:23.567 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Sep 24 2013 8:57PM | Dec 19 2013 12:05PM | NULL | NULL | NULL | NULL |
| 20779219 | 2013-12-19 12:06:23.567 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | FP118 | NULL | NULL | NULL | NULL |
| 20779229 | 2013-12-19 12:07:02.053 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Dec 19 2013 12:05PM | Dec 19 2013 12:05PM | NULL | NULL | NULL | NULL |
| 20779230 | 2013-12-19 12:07:02.053 | CISCTX02 | INC | FP118 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | FP118 | | NULL | NULL | NULL | NULL |
| 30353851 | 2014-03-23 08:39:30.587 | CISCTX01 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Dec 19 2013 12:05PM | Mar 23 2014 8:39AM | NULL | NULL | NULL | NULL |
| 30353852 | 2014-03-23 08:39:30.587 | CISCTX01 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_Date_Time | Dec 19 2013 12:05PM | Mar 23 2014 8:39AM | NULL | NULL | NULL | NULL |
| 30353853 | 2014-03-23 08:39:30.587 | CISCTX01 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | | fp128 | NULL | NULL | NULL | NULL |
| 30353854 | 2014-03-23 08:39:42.317 | CISCTX01 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | MADM_Modified_Date_Time | Mar 23 2014 8:39AM | Mar 23 2014 8:39AM | NULL | NULL | NULL | NULL |
| 30353855 | 2014-03-23 08:39:42.317 | CISCTX01 | INC | fp128 | Administrative | U | FPPD | 201300005358 | ADM | | | NULL | | Locked_By | fp128 | | NULL | NULL | NULL | NULL |
| 420565428 | 2020-07-23 06:29:36.660 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL | NULL | NULL | NULL | Route | 0004 | FP4 | NULL | NULL | NULL | NULL |
| 420682659 | 2020-07-23 06:29:57.553 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | ADM | | | | L | Route | 0004 | FP4 | NULL | NULL | NULL | NULL |

| ID | Timestamp | Server | Application | WS | Object | Op | Agency | Record | Type | Flag | Field | Value 1 | Value 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420682765 | 2020-07-23 06:29:57.553 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | L | Route | 0004 | FP4 | NULL | NULL | NULL | NULL |
| 420974923 | 2020-07-23 06:35:44.233 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | CfsData | U | FPPD | 201300005358 | NULL | NULL NULL NULL NULL | EMS | 000001 | FP1 | NULL | NULL | NULL | NULL |
| 421170562 | 2020-07-23 06:36:12.950 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | L | EMS | 000001 | FP1 | NULL | NULL | NULL | NULL |
| 421170682 | 2020-07-23 06:36:12.950 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | ADM | L | EMS | 000001 | FP1 | NULL | NULL | NULL | NULL |
| 422327742 | 2020-07-23 07:46:55.083 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | CFS | L | Route | FP4 | 0004 | NULL | NULL | NULL | NULL |
| 422328217 | 2020-07-23 07:46:55.083 | CISSQL03 | Microsoft SQL Server Management Studio - Query | FP118 | MasterLocation | U | FPPD | 201300005358 | ADM | L | Route | FP4 | 0004 | NULL | NULL | NULL | NULL |
| 652621210 | 2022-11-02 15:47:52.107 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 23 2014 8:39AM | Nov 2 2022 3:47PM | NULL | NULL | NULL | NULL |
| 652621211 | 2022-11-02 15:47:52.107 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Mar 23 2014 8:39AM | Nov 2 2022 3:47PM | NULL | NULL | NULL | NULL |
| 652621212 | 2022-11-02 15:47:52.107 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc14 | NULL | NULL | NULL | NULL |
| 652621213 | 2022-11-02 15:47:52.413 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | rc14 | | NULL | NULL | NULL | NULL |
| 652621214 | 2022-11-02 15:47:52.973 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Nov 2 2022 3:47PM | Nov 2 2022 3:47PM | NULL | NULL | NULL | NULL |
| 652621215 | 2022-11-02 15:47:52.973 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Nov 2 2022 3:47PM | Nov 2 2022 3:47PM | NULL | NULL | NULL | NULL |
| 652621216 | 2022-11-02 15:47:52.973 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc14 | NULL | NULL | NULL | NULL |
| 652621217 | 2022-11-02 15:47:57.697 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Nov 2 2022 3:47PM | Nov 2 2022 3:47PM | NULL | NULL | NULL | NULL |
| 652621218 | 2022-11-02 15:47:57.697 | CISCTX03 | INC | rc14 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | rc14 | | NULL | NULL | NULL | NULL |
| 798260766 | 2025-03-13 05:50:53.963 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Nov 2 2022 3:47PM | Mar 13 2025 5:50AM | NULL | NULL | NULL | NULL |
| 798260767 | 2025-03-13 05:50:53.963 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Nov 2 2022 3:47PM | Mar 13 2025 5:50AM | NULL | NULL | NULL | NULL |
| 798260768 | 2025-03-13 05:50:53.963 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 798260985 | 2025-03-13 05:55:26.337 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 5:50AM | Mar 13 2025 5:55AM | NULL | NULL | NULL | NULL |
| 798260986 | 2025-03-13 05:55:26.337 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 798260995 | 2025-03-13 05:57:17.890 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 5:55AM | Mar 13 2025 5:57AM | NULL | NULL | NULL | NULL |
| 798260996 | 2025-03-13 05:57:17.890 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Mar 13 2025 5:50AM | Mar 13 2025 5:57AM | NULL | NULL | NULL | NULL |
| 798260997 | 2025-03-13 05:57:17.890 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 798261694 | 2025-03-13 06:22:00.540 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 5:57AM | Mar 13 2025 6:22AM | NULL | NULL | NULL | NULL |
| 798261695 | 2025-03-13 06:22:00.540 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 798262037 | 2025-03-13 06:26:48.807 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 6:22AM | Mar 13 2025 6:26AM | NULL | NULL | NULL | NULL |
| 798262038 | 2025-03-13 06:26:48.807 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Mar 13 2025 5:57AM | Mar 13 2025 6:26AM | NULL | NULL | NULL | NULL |
| 798262039 | 2025-03-13 06:26:48.807 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 798262040 | 2025-03-13 06:27:45.967 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 6:26AM | Mar 13 2025 6:27AM | NULL | NULL | NULL | NULL |
| 798262041 | 2025-03-13 06:27:45.967 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 798262553 | 2025-03-13 06:35:14.627 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 6:27AM | Mar 13 2025 6:35AM | NULL | NULL | NULL | NULL |
| 798262554 | 2025-03-13 06:35:14.627 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Mar 13 2025 6:26AM | Mar 13 2025 6:35AM | NULL | NULL | NULL | NULL |
| 798262555 | 2025-03-13 06:35:14.627 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 798269335 | 2025-03-13 08:02:20.750 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 6:35AM | Mar 13 2025 8:02AM | NULL | NULL | NULL | NULL |
| 798269336 | 2025-03-13 08:02:20.750 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 830412866 | 2025-09-22 14:40:13.443 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Mar 13 2025 8:02AM | Sep 22 2025 2:40PM | NULL | NULL | NULL | NULL |
| 830412867 | 2025-09-22 14:40:13.443 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Mar 13 2025 6:35AM | Sep 22 2025 2:40PM | NULL | NULL | NULL | NULL |
| 830412868 | 2025-09-22 14:40:13.443 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 830412869 | 2025-09-22 14:40:13.773 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | rc16 | | NULL | NULL | NULL | NULL |
| 830412870 | 2025-09-22 14:40:14.633 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Sep 22 2025 2:40PM | Sep 22 2025 2:40PM | NULL | NULL | NULL | NULL |
| 830412871 | 2025-09-22 14:40:14.633 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Sep 22 2025 2:40PM | Sep 22 2025 2:40PM | NULL | NULL | NULL | NULL |
| 830412872 | 2025-09-22 14:40:14.633 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 830413764 | 2025-09-22 14:43:29.367 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Sep 22 2025 2:40PM | Sep 22 2025 2:43PM | NULL | NULL | NULL | NULL |
| 830413765 | 2025-09-22 14:43:29.367 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 833276523 | 2025-10-10 15:27:41.197 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Sep 22 2025 2:43PM | Oct 10 2025 3:27PM | NULL | NULL | NULL | NULL |
| 833276524 | 2025-10-10 15:27:41.197 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Sep 22 2025 2:40PM | Oct 10 2025 3:27PM | NULL | NULL | NULL | NULL |
| 833276525 | 2025-10-10 15:27:41.197 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 833276526 | 2025-10-10 15:27:41.513 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | rc16 | | NULL | NULL | NULL | NULL |
| 833276527 | 2025-10-10 15:27:42.333 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Oct 10 2025 3:27PM | Oct 10 2025 3:27PM | NULL | NULL | NULL | NULL |
| 833276528 | 2025-10-10 15:27:42.333 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Oct 10 2025 3:27PM | Oct 10 2025 3:27PM | NULL | NULL | NULL | NULL |
| 833276529 | 2025-10-10 15:27:42.333 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 833278938 | 2025-10-10 15:42:21.027 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Oct 10 2025 3:27PM | Oct 10 2025 3:42PM | NULL | NULL | NULL | NULL |
| 833278939 | 2025-10-10 15:42:21.027 | CISCTX03 | INC | rc16 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | rc16 | NULL | NULL | NULL | NULL |
| 842638927 | 2025-12-11 05:51:15.270 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Oct 10 2025 3:42PM | Dec 11 2025 5:51AM | NULL | NULL | NULL | NULL |

| ID | Date/Time | Server | INC | User | Administrative | U | FPPD | Number | ADM | NULL | Field | Value 1 | Value 2 | NULL | NULL | NULL | NULL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 842638928 | 2025-12-11 05:51:15.270 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Oct 10 2025 3:27PM | Dec 11 2025 5:51AM | NULL | NULL | NULL | NULL |
| 842638929 | 2025-12-11 05:51:15.270 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 842639059 | 2025-12-11 05:51:52.310 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 5:51AM | Dec 11 2025 5:51AM | NULL | NULL | NULL | NULL |
| 842639060 | 2025-12-11 05:51:52.310 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 842639307 | 2025-12-11 05:57:11.783 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 5:51AM | Dec 11 2025 5:57AM | NULL | NULL | NULL | NULL |
| 842639308 | 2025-12-11 05:57:11.783 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Dec 11 2025 5:51AM | Dec 11 2025 5:57AM | NULL | NULL | NULL | NULL |
| 842639309 | 2025-12-11 05:57:11.783 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 842639546 | 2025-12-11 06:02:54.970 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 5:57AM | Dec 11 2025 6:02AM | NULL | NULL | NULL | NULL |
| 842639547 | 2025-12-11 06:02:54.970 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 842667024 | 2025-12-11 10:35:05.847 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 6:02AM | Dec 11 2025 10:35AM | NULL | NULL | NULL | NULL |
| 842667025 | 2025-12-11 10:35:05.847 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Dec 11 2025 5:57AM | Dec 11 2025 10:35AM | NULL | NULL | NULL | NULL |
| 842667026 | 2025-12-11 10:35:05.847 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | fp114 | NULL | NULL | NULL | NULL |
| 842667457 | 2025-12-11 10:38:45.143 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 10:35AM | Dec 11 2025 10:38AM | NULL | NULL | NULL | NULL |
| 842667458 | 2025-12-11 10:38:45.143 | CISCTX03 | INC | fp114 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | fp114 | | NULL | NULL | NULL | NULL |
| 842676534 | 2025-12-11 11:51:39.843 | CISISMCS01 | INC | 00000999 | Administrative | U | FPPD | 201300005358 | ADM | NULL | MADM_Modified_Date_Time | Dec 11 2025 10:38AM | Dec 11 2025 11:51AM | NULL | NULL | NULL | NULL |
| 842676535 | 2025-12-11 11:51:39.843 | CISISMCS01 | INC | 00000999 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_Date_Time | Dec 11 2025 10:35AM | Dec 11 2025 11:51AM | NULL | NULL | NULL | NULL |
| 842676536 | 2025-12-11 11:51:39.843 | CISISMCS01 | INC | 00000999 | Administrative | U | FPPD | 201300005358 | ADM | NULL | Locked_By | | 00000999 | NULL | NULL | NULL | NULL |