# EXHIBIT 9

# Franklin Park Police
# Chain Of Custody Report
### Department Case Number: 13-05358

Related Case # 's:

## Case Information

**Case Officer:** 118 - Giuliano
**Offense Date/Time:** 03/10/2013 - 23:07Hrs
**Offense Location:** 3017 Bright St
**Offense Type:** 1811 - CANN: POSS UNDER 30GMS
**Expiration Date:** 09/10/2014
**Jurisdiction:** Cook
**Court Date:**
**Disposition:** DEST - All items destroyed
**Disposition Date:** 05/14/2013
**Case Comments:**

## Case Names

**Name Type: Suspect**

| | | | | |
|---|---|---|---|---|
| **Name:** Vidales, Andrea | **Sex:** F | **Race:** H | **DOB:** ███992 | **Home Phone#:** |
| **Address:** 3017 Bright St | | | | **ID#:** |
| Franklin Park IL 60131 | | | | |
| **Additional Name Information:** | | | | **SSN#:** |
| **Name:** Rodriguez, Destiny | **Sex:** F | **Race:** H | **DOB:** ██/1989 | **Home Phone#:** |
| **Address:** 3017 Bright St | | | | **ID#:** |
| Franklin Park IL 60131 | | | | |
| **Additional Name Information:** | | | | **SSN#:** |

## Case Items

**Item Number: 001**

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2013 - 23:07Hrs          **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St Franklin Park
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Green plant material/ cannabis
**Detail Description:** 1 glass jar with a red top containing 12 clear plastic bags each containing a green leafy substance, and 1 glass jar with a purple lid containing 6 clear plastic bags each containing a green leafy substance,
**Owner:** Andrea Vidales

**Weight :** 9.50          **Weight Units :** G - GRAMS
**Item Notes:**

### Chain Of Custody History  -  Item: 001

| | | |
|---|---|---|
| **Date/Time:** 03/10/2013  23:07 | **Officer:** 118 Giuliano | |
| **Custody Information:** Item Collected | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013  0:51 | **Officer:** 116 Morin | |
| **Custody Information:** Item Submitted Into Property - Temp Locker 04 | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013  13:54 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Received into Property Room | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013  14:13 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23 | | |
| **Comments:** | | |

Case: 1:25-cv-01968 Document #: 195-9 Filed: 01/06/26 Page 3 of 8 PageID #:1955

# Franklin Park Police
# Chain Of Custody  Report
### Department Case Number: 13-05358
### Case Items

#### Chain Of Custody History  - Item: 001

| | |
|---|---|
| **Date/Time:** 03/11/2013  15:08 | **Officer:** 28 Dede#28 |

**Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/18/2013  11:35 | **Officer:** 28 Dede#28 |

**Custody Information:** 30 day hold before destruction

**Comments:**

| | |
|---|---|
| **Date/Time:** 05/14/2013  15:37 | **Officer:** 28 Dede#28 |

**Custody Information:** Destroyed

**Comments:**

| | |
|---|---|
| **Date/Time:** 05/14/2013  15:37 | **Officer:** 28 Dede#28 |

**Custody Information:** Destroyed

**Comments:**

## Item Number: 002

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2013 - 23:07Hrs                    **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St Franklin Park
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Drug Paraphernalia
**Detail Description:** digital gramular scale
**Owner:** Andrea Vidales

**Weight :** 0.00
**Item Notes:**

#### Chain Of Custody History  - Item: 002

| | |
|---|---|
| **Date/Time:** 03/10/2013  23:07 | **Officer:** 118 Giuliano |

**Custody Information:** Item Collected

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/11/2013  0:51 | **Officer:** 118 Giuliano |

**Custody Information:** Item Submitted Into Property - Temp Locker 04

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/11/2013  13:54 | **Officer:** 28 Dede#28 |

**Custody Information:** Received into Property Room

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/11/2013  14:13 | **Officer:** 28 Dede#28 |

**Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/11/2013  15:08 | **Officer:** 28 Dede#28 |

**Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23

**Comments:**

| | |
|---|---|
| **Date/Time:** 03/18/2013  11:35 | **Officer:** 28 Dede#28 |

**Custody Information:** 30 day hold before destruction

**Comments:**

# Franklin Park Police
# Chain Of Custody Report

### Department Case Number: 13-05358
### Case Items

---

## Chain Of Custody History - Item: 002

---

**Date/Time:** 05/14/2013  15:37      **Officer:** 28 Dede#28

**Custody Information:** Destroyed

**Comments:**

---

**Date/Time:** 05/14/2013  15:37      **Officer:** 28 Dede#28

**Custody Information:** Destroyed

**Comments:**

---

## Item Number: 003

**Current Custody:** Destroyed

**Collection Date/Time:** 03/10/2013 - 23:07Hrs      **Process:**

**Collection Purpose:** Evidence

**Collected By:** 118 - Giuliano

**Collection Location:** 3017 Bright St Franklin Park

**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Other item(s)

**Detail Description:** black leather safariland firearm holster

**Owner:** Destiny Rodriguez

**Item Notes:**

---

## Chain Of Custody History - Item: 003

---

**Date/Time:** 03/10/2013  23:07      **Officer:** 118 Giuliano

**Custody Information:** Item Collected

**Comments:**

---

**Date/Time:** 03/11/2013   0:51      **Officer:** 118 Giuliano

**Custody Information:** Item Submitted Into Property - Temp Locker 04

**Comments:**

---

**Date/Time:** 03/11/2013  13:54      **Officer:** 28 Dede#28

**Custody Information:** Received into Property Room

**Comments:**

---

**Date/Time:** 03/11/2013  14:13      **Officer:** 28 Dede#28

**Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23

**Comments:**

---

**Date/Time:** 03/11/2013  15:08      **Officer:** 28 Dede#28

**Custody Information:** Container: Blue Bin 48 in Location: Main Evidence Cage - Shelf 23

**Comments:**

---

**Date/Time:** 03/18/2013  11:35      **Officer:** 28 Dede#28

**Custody Information:** 30 day hold before destruction

**Comments:**

---

**Date/Time:** 05/14/2013  15:37      **Officer:** 28 Dede#28

**Custody Information:** Destroyed

**Comments:**

---

**Date/Time:** 05/14/2013  15:37      **Officer:** 28 Dede#28

**Custody Information:** Destroyed

**Comments:**

---

# Franklin Park Police
# Chain Of Custody  Report
### Department Case Number: 13-05358
#### Case Items

**Item Number: 004**

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2013 - 23:07Hrs                    **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St Franklin Park
**Packaging/Quantity/Item Type:** One sealed box with: - 1 - Ammunition
**Detail Description:** 45 rounds of Remmington .38 special handgun ammuntion
**Owner:** Destiny Rodriguez

**Item Notes:**

## Chain Of Custody History  -  Item: 004

| Date/Time: 03/10/2013  23:07 | Officer: 118 Giuliano | |
|---|---|---|
| **Custody Information:** Item Collected | | |
| **Comments:** | | |

| Date/Time: 03/11/2013  0:51 | Officer: 118 Giuliano | |
|---|---|---|
| **Custody Information:** Item Submitted Into Property - Temp Locker 04 | | |
| **Comments:** | | |

| Date/Time: 03/11/2013  13:54 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** Received into Property Room | | |
| **Comments:** | | |

| Date/Time: 03/11/2013  14:14 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** Container: Blue Bin 45 in Location: Main Evidence Cage - Shelf 24 | | |
| **Comments:** | | |

| Date/Time: 03/11/2013  15:08 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** Container: Blue Bin 45 in Location: Main Evidence Cage - Shelf 24 | | |
| **Comments:** | | |

| Date/Time: 03/18/2013  11:35 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** 30 day hold before destruction | | |
| **Comments:** | | |

| Date/Time: 05/14/2013  15:37 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** Destroyed | | |
| **Comments:** | | |

| Date/Time: 05/14/2013  15:37 | Officer: 28 Dede#28 | |
|---|---|---|
| **Custody Information:** Destroyed | | |
| **Comments:** | | |

**Item Number: 005**

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2012 - 23:07Hrs                    **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Consent for search and seizure
**Detail Description:** original consent to search form
**Owner:** Destiny Rodriguez

**Item Notes:**

# Franklin Park Police
# Chain Of Custody Report

### Department Case Number: 13-05358
### Case Items

## Chain Of Custody History - Item: 005

| | | |
|---|---|---|
| **Date/Time:** 03/10/2012 23:07 | **Officer:** 118 Giuliano | |
| **Custody Information:** Item Collected | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2012 0:51 | **Officer:** 116 Morin | |
| **Custody Information:** Item Submitted Into Property - Temp Locker 04 | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013 13:54 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Received into Property Room | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013 14:12 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Stored in Location - Main Evidence Cage- Document Drawer #2 | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013 15:07 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Stored in Location - Main Evidence Cage- Document Drawer #2 | | |
| **Comments:** | | |
| **Date/Time:** 03/18/2013 11:35 | **Officer:** 28 Dede#28 | |
| **Custody Information:** 30 day hold before destruction | | |
| **Comments:** | | |
| **Date/Time:** 05/14/2013 15:37 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Destroyed | | |
| **Comments:** | | |
| **Date/Time:** 05/14/2013 15:37 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Destroyed | | |
| **Comments:** | | |

## Item Number: 01A

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2013 - 23:07Hrs                    **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St Franklin Park
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Green plant material/ cannabis
**Detail Description:** 12 clear plastic baggies containing a green leafy substance, recovered from glass jar with red lid
**Owner:** Andrea Vidales

**Weight :** 0.00
**Item Notes:**

## Chain Of Custody History - Item: 01A

| | | |
|---|---|---|
| **Date/Time:** 03/10/2013 23:07 | **Officer:** 118 Giuliano | |
| **Custody Information:** Item Collected | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013 0:51 | **Officer:** 118 Giuliano | |
| **Custody Information:** Item Submitted Into Property - Temp Locker 04 | | |
| **Comments:** | | |

# Franklin Park Police
# Chain Of Custody Report
### Department Case Number: 13-05358
### Case Items

## Chain Of Custody History - Item: 01A

| | | |
|---|---|---|
| **Date/Time:** 03/11/2013 14:08 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Received into Property Room | | |
| **Comments:** | | |
| **Date/Time:** 03/11/2013 14:10 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Stored in Location - Temp Locker 06 | | |
| **Comments:** | | |
| **Date/Time:** 03/14/2013 9:48 | **Officer:** 28 Dede#28 | |
| **Custody Information:** To Lab | | |
| **Comments:** | | |
| **Date/Time:** 03/14/2013 11:45 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Received By Lab | | |
| **Comments:** | | |
| **Date/Time:** 03/18/2013 11:35 | **Officer:** 28 Dede#28 | |
| **Custody Information:** 30 day hold before destruction | | |
| **Comments:** | | |
| **Date/Time:** 04/24/2013 14:27 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Received into Property from lab | | |
| **Comments:** | | |
| **Date/Time:** 04/24/2013 14:31 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Stored in Location - Drug drawer 02- section 1 | | |
| **Comments:** | | |
| **Date/Time:** 05/14/2013 15:37 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Destroyed | | |
| **Comments:** | | |
| **Date/Time:** 05/14/2013 15:37 | **Officer:** 28 Dede#28 | |
| **Custody Information:** Destroyed | | |
| **Comments:** | | |

## Item Number: 01B

**Current Custody:** Destroyed
**Collection Date/Time:** 03/10/2013 - 23:07Hrs          **Process:**
**Collection Purpose:** Evidence
**Collected By:** 118 - Giuliano
**Collection Location:** 3017 Bright St Franklin Park
**Packaging/Quantity/Item Type:** One sealed plastic bag with: - 1 - Green plant material/ cannabis
**Detail Description:** 6 clear plastic baggies containing a green leafy substance came from glass jar with purple lid
**Owner:** Destiny Rodriguez

**Weight :** 0.00
**Item Notes:**

## Chain Of Custody History - Item: 01B

| | | |
|---|---|---|
| **Date/Time:** 03/10/2013 23:07 | **Officer:** 118 Giuliano | |
| **Custody Information:** Item Collected | | |
| **Comments:** | | |

Case: 1:25-cv-01968 Document #: 195-9 Filed: 01/06/26 Page 8 of 8 PageID #:1960

# Franklin Park Police
# Chain Of Custody Report

### Department Case Number: 13-05358

### Case Items

## Chain Of Custody History - Item: 01B

| | |
|---|---|
| **Date/Time:** 03/11/2013  0:51 | **Officer:** 118 Giuliano |
| **Custody Information:** Item Submitted Into Property - Temp Locker 04 | |
| **Comments:** | |
| **Date/Time:** 03/11/2013  14:08 | **Officer:** 28 Dede#28 |
| **Custody Information:** Received into Property Room | |
| **Comments:** | |
| **Date/Time:** 03/11/2013  14:10 | **Officer:** 28 Dede#28 |
| **Custody Information:** Stored in Location - Temp Locker 06 | |
| **Comments:** | |
| **Date/Time:** 03/14/2013  9:48 | **Officer:** 28 Dede#28 |
| **Custody Information:** To Lab | |
| **Comments:** | |
| **Date/Time:** 03/14/2013  11:45 | **Officer:** 28 Dede#28 |
| **Custody Information:** Received By Lab | |
| **Comments:** | |
| **Date/Time:** 03/18/2013  11:35 | **Officer:** 28 Dede#28 |
| **Custody Information:** 30 day hold before destruction | |
| **Comments:** | |
| **Date/Time:** 04/24/2013  14:27 | **Officer:** 28 Dede#28 |
| **Custody Information:** Received into Property from lab | |
| **Comments:** | |
| **Date/Time:** 04/24/2013  14:31 | **Officer:** 28 Dede#28 |
| **Custody Information:** Stored in Location - Drug drawer 02- section 1 | |
| **Comments:** | |
| **Date/Time:** 05/14/2013  15:37 | **Officer:** 28 Dede#28 |
| **Custody Information:** Destroyed | |
| **Comments:** | |
| **Date/Time:** 05/14/2013  15:37 | **Officer:** 28 Dede#28 |
| **Custody Information:** Destroyed | |
| **Comments:** | |