# EXHIBIT 10

## 25 cv 1958 | Villa v. Franklin Park, et al. - Franklin Park Discovery Responses

**Thomas Condon** <tcondon@montanawelch.com>   Thu, Dec 11, 2025 at 6:12 PM
To: Jordan Poole <poole@loevy.com>
Cc: Anand Swaminathan <anand@loevy.com>, Steve Art <steve@loevy.com>, Brian Morris <morris@loevy.com>, Jennifer Blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Kaelyn Ackermann <ackermann@loevy.com>, Emma Logan <logan@loevy.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Josh Morrison <Josh@bonjeanlaw.com>, Dylan Brown <dbrown@vvnlaw.com>, Paul Vickrey <vickrey@vvnlaw.com>

Jordan,

Please see the attached.  I have been advised that the consent to search form was destroyed in 2013.

[Quoted text hidden]

**3 attachments**

 **(2) 2025-12-11 - Metadata -Bated FP 00769 (Associated w Peviously Prod Docs Bated FP 00766-768.xlsx**
28K

 **FP 00770-776.pdf**
1732K

 **(1) 2025-12-11 - Cover Page to Excel Spreadsheet - Metadata - Bated FP 00769.pdf**
21K