# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER VILLA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25 cv 01968 |
| v. | ) | |
| | ) | |
| ANTHONY NORADIN, SAMUEL CIRONE, WILLIAM | ) | Honorable Judge Matthew F. Kennelly |
| BROGAN, DENIS WALSH, JOEL KELLER, JOHN | ) | |
| GRAHAM, ALBERT PEREZ, DONALD FALK, JAMES | ) | |
| GILGER, JOHN HILLMAN, TIMOTHY MCDERMOTT, | ) | |
| MARC LEAVITT, HECTOR ALVAREZ, JOHN FOLINO, | ) | |
| MAURIZIO INZERRA, DEMOSTHEN BALODIMAS, | ) | |
| GARY YAMASHIROYA, CHRISTOPHER KENNEDY, | ) | |
| JAMES SANCHEZ, MATTHEW CLINE, CHARLES | ) | |
| DALY, ED ZABLOCKI, GERRY MCCARTHY, | ) | |
| NICHOLAS ROTI, JOSEPH GORMAN, SCOTT | ) | |
| DEDORE, MICHAEL DYRA, MICHAEL NUNEZ, JOEL | ) | |
| BEMIS, SCOTT KORHONEN, JOHN ESCALANTE, LEO | ) | |
| SCHMITZ, SHEAMUS FERGUS, ROBERT BARTIK, | ) | |
| RICHARD GREEN, NICHOLAS SPANOS, the CITY OF | ) | |
| CHICAGO, FRANCO DOMMA, NANCY ADDUCI, | ) | |
| ANDREW VARGA, JOHN BRASSIL, and COOK | ) | |
| COUNTY, DON GUILIANO, the VILLAGE of | ) | |
| FRANKLIN PARK, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT VILLAGE OF FRANKLIN PARK'S
ANSWER TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

NOW COMES the Defendant, VILLAGE OF FRANKLIN PARK, by and through its

attorneys of record, MONTANA & WELCH, LLC, and hereby submits the following answers

to Plaintiff's Second Set of Interrogatories:

**PRELIMINARY STATEMENT**

The investigation and development of all facts and circumstances relating to this action are

ongoing. These responses and objections are made without prejudice to, and are not a waiver of,

Defendant's right to rely on other facts or documents at trial.

1

By making the accompanying responses and objections, Defendant does not waive, and hereby expressly reserves, their right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Defendant makes the objections herein without in any way implying that it considers the Requests, and responses to them, to be relevant or material to the subject matter of this action.

Defendant expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental or amended response(s).

Discovery in this litigation is not complete, and Defendant has not completed the factual investigation, discovery, or trial preparation. Therefore, Defendant reserves the right to rely on any facts, documents, or other evidence which may be developed or subsequently come to its attention, and to supplement or amend these objections as additional information becomes known to it.

## <u>INTERROGATORIES</u>

1. Did the Village of Franklin Park provide or offer any benefits, whether financial, tangible, legal, or otherwise beneficial, including but not limited to moving expenses or moving assistance—to witnesses including but not limited to Destiny Rodriguez? If yes, please describe the benefit and when it was offered and/or given.

**ANSWER: No.**

2. Did any Village of Franklin Park employee exchange emails with anyone from the Chicago Police Department or other law enforcement entity related to the Clifton Lewis Homicide Investigation? If so, identify those emails and produce them.

**ANSWER: No.**

Respectfully submitted,
Defendant Village of Franklin Park,

By: */s/ Thomas J. Condon, Jr.*
One of Defendants' Attorneys

I, Michael Witz, Director of Police, believe, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information, and belief.
I verify under penalty of perjury that the forgoing is true and correct.

Dated: October 10, 2025                    /s/ Michael Witz

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| ALEXANDER VILLA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25 cv 01968 |
| v. | ) | |
| | ) | |
| ANTHONY NORADIN, SAMUEL CIRONE, WILLIAM | ) | Honorable Judge Matthew F. Kennelly |
| BROGAN, DENIS WALSH, JOEL KELLER, JOHN | ) | |
| GRAHAM, ALBERT PEREZ, DONALD FALK, JAMES | ) | |
| GILGER, JOHN HILLMAN, TIMOTHY MCDERMOTT, | ) | |
| MARC LEAVITT, HECTOR ALVAREZ, JOHN FOLINO, | ) | |
| MAURIZIO INZERRA, DEMOSTHEN BALODIMAS, | ) | |
| GARY YAMASHIROYA, CHRISTOPHER KENNEDY, | ) | |
| JAMES SANCHEZ, MATTHEW CLINE, CHARLES | ) | |
| DALY, ED ZABLOCKI, GERRY MCCARTHY, | ) | |
| NICHOLAS ROTI, JOSEPH GORMAN, SCOTT | ) | |
| DEDORE, MICHAEL DYRA, MICHAEL NUNEZ, JOEL | ) | |
| BEMIS, SCOTT KORHONEN, JOHN ESCALANTE, LEO | ) | |
| SCHMITZ, SHEAMUS FERGUS, ROBERT BARTIK, | ) | |
| RICHARD GREEN, NICHOLAS SPANOS, the CITY OF | ) | |
| CHICAGO, FRANCO DOMMA, NANCY ADDUCI, | ) | |
| ANDREW VARGA, JOHN BRASSIL, and COOK | ) | |
| COUNTY, DON GUILIANO, the VILLAGE of | ) | |
| FRANKLIN PARK, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT VILLAGE OF FRANKLIN PARK'S RESPONSE TO PLAINTIFF'S SECOND REQUEST TO PRODUCE DOCUMENTS

NOW COME the Defendants, VILLAGE OF FRANKLIN PARK and OFFICER DON GIULIANO, by and through their attorneys of record, MONTANA & WELCH, LLC, and hereby submit the following response to Plaintiff's Second Request to Produce:

## PRELIMINARY STATEMENT

The investigation and development of all facts and circumstances relating to this action are ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Defendants' right to rely on other facts or documents at trial.

1

By making the accompanying responses and objections, Defendants do not waive, and hereby expressly reserve, their right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Defendants make the objections herein without in any way implying that it considers the Requests, and responses to them, to be relevant or material to the subject matter of this action.

Defendants expressly reserve the right to supplement, clarify, revise, or correct any or all of the responses and objections herein, and to assert additional objections or privileges, in one or more subsequent supplemental or amended response(s).

Discovery in this litigation is not complete, and Defendants have not completed their factual investigation, discovery, or trial preparation. Therefore, Defendants reserve the right to rely on any facts, documents, or other evidence which may be developed or subsequently come to its attention, and to supplement or amend these objections as additional information becomes known to it.

## REQUESTS FOR PRODUCTION

1.      All Documents related to any benefits, whether financial, tangible, legal, or otherwise beneficial, including but not limited to moving expenses or moving assistance—offered and/or given to witnesses, including but not limited to, Destiny Rodriguez.

**RESPONSE: None.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Thomas J. Condon, Jr. (6276438) | Defendants Village of Franklin Park, |
| John P. Wise (6238380) | and Officer Don Giuliano |
| MONTANA & WELCH, LLC |  |
| 11950 South Harlem Avenue, Suite 102 | By: */s/ Thomas J. Condon, Jr.* |
| Palos Heights, IL 60463 | One of Defendants' Attorneys |
| (708) 448-7005 |  |
| tcondon@montanawelch.com |  |
| jwise@montanawelch.com |  |