# EXHIBIT 13

# Villa v. Noradin, No 25-CV-01968 - Postponement of Deposition & Document Issue

**Steve Art** <Steve@loevy.com>                                         Thu, Dec 11, 2025 at 5:07 PM
To: Jon Loevy <jon@loevy.com>, Anand Swaminathan <anand@loevy.com>, Steve Art <steve@loevy.com>, Jordan Poole <poole@loevy.com>, Brian Morris <morris@loevy.com>, Trinity Bias <bias@loevy.com>, Emma Logan <logan@loevy.com>, Kaelyn Ackermann <ackermann@loevy.com>, Ethan Woodward <ethan@loevy.com>, jennifer blagg <jennifer@blagglaw.net>, Eric Bisby <eric@blagglaw.net>, Ken Battle <kbattle@mokblaw.com>, Michele Braun <mbraun@mokblaw.com>, brobinson@mokblaw.com, Lisa Jackson <ljackson@mokblaw.com>, kkurczak@montanawelch.com, Thomas Condon <tcondon@montanawelch.com>, Avi Kamionski <akamionski@nklawllp.com>, Shneur Nathan <snathan@nklawllp.com>, Kathryn Doi <kdoi@nklawllp.com>, Amanda Alcala <amanda@nklawllp.com>, Larry Kowalczyk <lkowalczyk@mohangroble.com>, Megan Monaghan <mmonaghan@mohangroble.com>, Eric Palles <epalles@mohangroble.com>, Emily Schnidt <eschnidt@borkanscahill.com>, Steven Borkan <sborkan@borkanscahill.com>, Tim Scahill <tscahill@borkanscahill.com>, Misha Itchhaporia <mitchhaporia@borkanscahill.com>, Amanda Guertler <Aguertler@borkanscahill.com>, Drew Wycoff <dwycoff@borkanscahill.com>, Krystal Gonzalez <kgonzalez@borkanscahill.com>, Andrea Checkai <ACheckai@borkanscahill.com>, Wendy Chasteen <wendy@borkanscahill.com>, Kellie Voss <kellie@kmlltdlaw.com>, Leah Finley <leah@borkanscahill.com>, Elena Favela <elena@borkanscahill.com>, "Stephenson, Michael" <mstephenson@hinshawlaw.com>, "Lydon, James M." <jlydon@hinshawlaw.com>, Matthew Howroyd <mhowroyd@hinshawlaw.com>, "William E." <wbazarek@hinshawlaw.com>, Joe Hodal <joseph.hodal@cookcountysao.org>, Kelli Huntsman <Kelli.Huntsman@cookcountysao.org>, Paul Vickrey <vickrey@vvnlaw.com>, Patrick Solon <solon@vvnlaw.com>, "dbrown@vvnlaw.com" <dbrown@vvnlaw.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Gabriella Orozco <Gabriella@bonjeanlaw.com>, Josh Morrison <josh@bonjeanlaw.com>, Sophia Moazed <Sophia@bonjeanlaw.com>, Galila Assefa <Galila@bonjeanlaw.com>, miranda@bonjeanlaw.com, Elizabeth Howe <ehowe@mokblaw.com>, Ashley Brody <abrody@nklawllp.com>, Warren Fasone <wfasone@nklawllp.com>, "jalcala@nklawllp.com" <jalcala@nklawllp.com>, "Mikhail, Danielle" <DMikhail@hinshawlaw.com>, khussain@hinshawlaw.com, Rita Sterr <rsterr@mohangroble.com>, Toby Palles <tpalles@mohangroble.com>, Graham Miller <gmiller@borkanscahill.com>, rvossmeyer@nklawllp.com, sschroetter@hinshawlaw.com, avaidya@hinshawlaw.com, hrussell@mohangroble.com, jruggiero@mohangroble.com

Counsel:

Destiny Rodriguez's deposition will not be proceeding Monday. We will contact Defendants next week with proposed new dates.

It has come to our attention that Defendants are suppressing documents, even after Plaintiffs' recent motion to compel and discovery conferences. In addition, after reviewing Defendant Franklin Park and Don Guiliano's discovery responses, we have discovered that at least several of those responses are untrue (Interrogatory Nos. 3, 10, 13) and incomplete (RFP Nos. 1, 2, 3, 5, 13, 17, 21, 26, 37). We intend to raise these issues with the Court next week, and we cannot proceed with Destiny Rodriguez's deposition until we have resolved these issues.

As Defendants know, it came to light during the deposition of Rene Vasquez that Destiny Rodriguez had previously had interactions with the Franklin Park Police Department that were never disclosed during the criminal proceedings, or during this civil litigation. During a hearing on Plaintiffs' motion to compel documents related to those interactions, counsel for Defendants Franklin Park and Guiliano represented that only one document related to Destiny Rodriguez existed. Following the Court's order, that document was produced.

That police report is a critical piece of evidence that shows that several minutes prior to Destiny Rodriguez making a statement implicating Plaintiff Villa--indeed, the statement that directly led to Plaintiff Villa's charging--Defendants had found her at home with drugs and illegal ammunition. This is a shocking revelation that, until now, has been suppressed.

Even more shocking is that this report reveals that Defendants have *at least* two other reports in their possession, custody, or control related to this encounter--an evidence technician report and a consent to search form--that have never been produced.

Plaintiffs asked Defendants earlier this week to produce those documents, and we expect that Defendants will produce any and all copies of those documents in their possession, custody, or control. To be clear, our discovery requests in this case cover all documents relating to Destiny Rodriguez, and the Court has already granted a motion to compel on the subject. To the extent that any of the Defendants is in possession of any documents relating to Destiny Rodriguez that have not been produced already, please produce them by close of business on Friday.

In addition to these documents, given the importance of this suppressed evidence, which was unknown to Plaintiffs until recently, Plaintiffs insist that all Defendants produce any correspondence, including email communications, between any employee of the Chicago Police Department and any employee of Defendant Village of Franklin Park that relates in any way to this case, including to witness Destiny Rodriguez.

Please confirm that you have complied with this request by Friday so that we can promptly raise these issues with the Court next week.

Thanks,

Steve

---

**Steve Art** (He/Him)

**LOEVY + LOEVY**

Office: (312) 243-5900 / Direct: (312) 789-4965

CHICAGO OFFICE
311 N. Aberdeen Street
Chicago, IL 60647

LOS ANGELES OFFICE
333 S Grand Ave Suite 3310
Los Angeles, CA 90071

* Licensed in Illinois