# EXHIBIT 15

| | |
|---|---|
| **From:** | Giuliano, Donald |
| **To:** | Konwinski, Michael; Witnik, Steve |
| **Subject:** | Info regarding cpd homicide |
| **Date:** | Tuesday, July 9, 2013 3:13:40 PM |

Steve and Mike, This is what I discussed with you last week Steve and with you today Mike . Steve I called Mike earlier because I didn't want to wake you up. Det. Noradin is waiting for answer from ASA. So we still don't know the times and dates of interview and grand jury.

Det. Noradin. Going to interview Rene Vazquez is Baby Huey, IR# 826837 / IDOC# B37122.   Suspect: Alexander Villa aka: Flip. IR# 1383726

P.O. Giuliano118

**FP 00777**